FILED
CLERK, U.S. DISTRICT COURT

SEP - 7 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ RS _____ DEPUTY

Paul H. Stacker

4425 Thunderbird Street

Eugene, OR 97404

Plaintiff, in Pro Se

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL H. STACKER, | Civil No. **2:21-CV-07362-JFW-RAOx** |
| Plaintiff, | COMPLAINT FOR DAMAGES |
| | (Federal Tort Claims Act: |
| vs. | Negligence) |
| UNITED STATES OF AMERICA, | JURY TRIAL DEMADED |
| Defendant. | |

Plaintiff, Paul H. Stacker, in his individual capacity (hereinafter "Plaintiff") appearing Pro Se, hereby brings his complaint for money damages against the Defendant: UNTIED STATES OF AMERICA, and alleges:

### I.

### The Parties:

1. Plaintiff is a resident of the state of Oregon, county of Lane, and currently resides at 4425 Thunderbird Street, Eugene, Oregon. Plaintiff brings this complaint for money damages for personal injuries suffered as a result of negligent and wrongful acts and omissions of the officers, and agents and/or employees of the defendant, UNITED STATES OF AMERICA, employed

by the Federal Bureau of Prisons.

2. Defendant UNITED STATES OF AMERICA operates and controls the Federal Bureau of Prisons (hereinafter "BOP"), which is charged with maintaining custody of sentenced federal prisoners in its many correctional facilities throughout the United States, and whose officers, agents and/or employees negligently and recklessly ignored Plaintiff's requests for necessary, as needed medications for aborting extremely painful migraines.

3. In the earlier stages of the migraine, Defendant can take medication in pill form. If not treated early enough, or if Defendant wakes up with a migraine, it escalates to vomiting at which time only an injection can remedy the problem. Defendant UNITED STATES OF AMERICA agents will allow only one form of medication if any at all, contrary to good medical practices. This qualifies as cruel and unusual punishment under the Eight Amendment of the Constitution of the United States.

II.

Jurisdiction:

4. This action arises from, and this court as jurisdiction of the action under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671; et seq. The Plaintiff has been injured by the negligent or wrongful acts, and omissions of the officers, agents or employees of the Defendant UNITED STATES OF AMERICA , acting in the course of their employment.

5. The acts for omissions took place in the state of California. Accordingly , California State law controls this action with respect to liability and damages. 28 U.S.C. §§ 1346(b)(1) and 2674.

6. On February 10, 2021, Plaintiff timely filed his prison Administrative Claim for damages with the BOP's Western Regional office in Stockton, California. This claim was denied on March 1, 2021, by BOP regional counsel.

III.

Venue:

7. Venue is proper in the Central District of California, because Plaintiff was incarcerated in this district. 28 U.S.C. §§ 1402(b) and 1391(e)(3).

IV.

Facts Giving Rise To The Complaint

8. Prior to Plaintiff's incarceration of August 15, 2018, the honorable US District Judge, Ann Aiken, concerned over his many and varied medical maladies, did write a letter addressed to the chief of designation DSCC Grand Prairie office, dated February 9, 2018, delineating his medical needs, made reference to: migraines, occipital neuralgia, right shoulder pain, transient ischemic attacks (TIAs), and made note of surgery recovery and physical therapy completed but PT home therapy from January 2018 to self surrender at Lompoc FCI. (See letter if needed but already submitted to the BOP via the CFR grievance process). Also, in letter, Judge Aiken requested a response to letter, which to our knowledge never was responded.

9. Before Plaintiff's self-surrender, a letter was submitted by his lawyer, Terri Wood, highlighting his critical and necessary medical needs to health services. Also sent by his lawyer was full and comprehensive health records comprising over 600 pages of his extensive medical history.

10. Hand carried last minute medical doctors' orders for Plaintiff's care included a letter from his neurologist which describe his need for medication to abort onset to migraines with vomit, his need for condition occipital neuralgia necessitating injections every 3 to 4 months, even describing the injection contents and how to administer, noted that he requires a cervical neck brace due to pain associated with moderate to severe neck pain, and the medication Aimovig in the control of migraines.

11. Plaintiff also submitted a letter from his surgeon indicating a recovery for rotator cuff surgery and to take his therapy bands used in continuing physical

therapy. These bands were confiscated upon self-surrender and no physical therapy was considered by health services.

12. Beginning with the first day of August 15, 2018, and with his incoming critical medication for migraine abort, he received no medication, sumatriptan, for a period of time.

13. Plaintiff's incoming doctors' letters were taken at entry and was told these documents would not be accepted along with his other incoming materials.

14. When finally addressed by health services for medication requirements, health services obtained one of Plaintiffs incoming doctor letters in an attempt to compile what health services deemed necessary on their part.

15. It should be noted here that via incoming letter medication list were included several narcotic medications used by Plaintiff, as needed, and not on a daily basis. Due to the misconstrued evaluation, health services, when medication's finally were prescribed by his assigned doctor, Jaspal Dhaliwal, was determined that he should be detoxed of narcotics. Without informing Plaintiff, of what medication they were administering, they gave him the anti-anxiety medication, Clonazepam, at a full 0.5 MG tab dosage. Recorded in Plaintiffs submitted medical history, it was described as to take 1/2 to one tablet as needed when he suffered from an anxiety attack. The prescribed medication was not needed and left Plaintiff in a reduced mental and physical condition. When health services attempted to detox Plaintiff, from a narcotic dependency with this medication and finally told what medication they were issuing at the pill line, Plaintiff, refused to take any more as it diminished his mental and physical capacities.

16. Plaintiff's medical history clearly shows that the narcotics administered by his personal doctors, at no time exceeded dosages which would be considered needing detox.

17. What Plaintiff, clearly needed was a non-narcotic medication sumatriptan, which was not immediately received. During the two years of

incarceration, it became a point of contention that he was not receiving sumatriptan in a timely manner or given it in sufficient and complete quantities. This is documented by Plaintiff, through sick calls, intra-email contact to health services, notification to staff for intervention, grievances to warden and Western regional, outside attempts from Mrs. Stacker through "inmate concerns" online, and in desperation Plaintiff sought out assistance from the doctor of the psychology department to acquire this sumatriptan medication.

18. When Plaintiff, entered the Lompoc FCI, he and his records indicated 15 or more migraine attacks per month. Upon his release, and reported to his doctor, Jasper Dhaliwal, he was experiencing 25 or more untreated migraines per month. This is directly attributed to denial of his requests for sumatriptan injections, denial of septal neuralgia injections, and further complications from a serious fall in the first months of arrival, which caused pain radiating in his shoulder and along his neck aggravating his neurological occipital neuralgia condition. This is well documented from December, 2 018, in his personal notes, sick calls, staff notifications, and grievances which follow throughout the entire two years of incarceration and final release granted by the District Court under a compassionate release.

19. Dr. Jaspal Dhaliwal continued to deny Plaintiff's requests for medically necessary occipital injections, ignore Plaintiffs incoming medical documentation, and deny his verbal request during doctor visits, and through the CFR grievance process. Regional finally met Plaintiffs request to be examined by a different doctor, Dr. Watson.  On Plaintiff's first visit, Dr. Watson reviewed Plaintiff's BEMR records, and immediately found recorded documentation and initiated a request for this occipital neuralgia injection, On or about November 19, 2019, the BOP finally scheduled for this procedure in May of 2020. Six months from finally having a doctor recognize the necessity of the medical intervention, this procedure was denied due to the onset of the pandemic COVID-19 outbreak. Therefore no

procedure was ever received. We note here that within one year from Plaintiffs compassionate release, that he was able to obtain three of these critically necessary injections, in spite of the continuing pandemic crisis.

20. It's important to understand how crippling Plaintiff's migraines with vomit. Briefly, migraines can last hours and days if untreated. If treated immediately upon onset with a pill form abortive medication, the worst of the migraine can usually be avoided. When migraines of the type Plaintiff, experiences results in vomiting, the body begins to shut down into a physical state of flight or fight, when organs, such as the stomach is no longer able to digest and absorb pill form of medication and a subcutaneous injection as sumatriptan is necessary to abort. Even still, these injections in Plaintiff's medical condition can take several hours to abort and often leave him with a lingering severe headache whereupon he might use the narcotic hydrocodone acetaminophen 5–325 MG to relieve the final aftereffects of severe migraine. This other medication was also denied at intake and health services examination.

21. Suffering from the continued pain of a fall in his dorm and related and delineated in a separate lawsuit, Plaintiff, never received physical therapy for a torn rotator cuff suffered from the fall and directly contributed to his migraines and further aggravated his Occipital Neuralgia condition.

V.

FIRST CAUSE OF ACTION AGAINST DEFENDANT

UNITED STATES OF AMIRICA

(Negligent or Wrongful Act or Omission)

(Failure to Provide Inmate with Medication in a Timely, As Needed Manner)

22. Plaintiff hereby incorporates by reference paragraphs 8 through 21, above, as set forth in full.

VIII.

DAMAGES

23. As a direct and proximate result of the aforesaid negligent or wrongful acts or omissions by Defendant, Plaintiff was hurt and injured in his health, strength and activity, sustaining injury to his person, all of which has caused and continues to cause Plaintiff substantial physical pain, suffering and debilitation, as well as severe worry, anxiety and emotional distress, as to the potential future of his injuries.

24. As further proximate result of the aforesaid negligent or wrongful acts or omissions by Defendant, Plaintive has been damaged, and that he will incur medical and related expenses possibly for the rest of his life.

IX.

DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

X.

PRAYER FOR RELIEF

WHERFORE, Plaintiff prays judgment against the Defendant UNITED STATES OF AMERICA, as follows

1. For general damages according to proof;
2. For total money damages in the amount of $1,200,000.00;
3. For cost of suit incurred herein;
4. For interest, as allowed by law; and
5. For such other and further relief as the Court may deem proper.

I, Paul H. Stacker, pursuant to 28 U.S.C. § 1746, hereby declare that the foregoing is true and correct to the best of my knowledge.

Dated: August 5 , 2021

_____
Paul H. Stacker

IN PRO SE

To the presiding judge,

I would like to take this opportunity to give you information in the acceptance of this motion.

During the start of the Covid pandemic, I was held for over five months in a previously condemned special housing unit (SHU), which had not been used for at least seven years, arrived and deprived of all personal belongings which included my medications, cervical neck collar, and all legal work tracking my two current lawsuits.

Conditions were 150 inmates tested negative for Covid at Lompoc FCI low, and hastily transferred and placed in this medium facility at Lompoc.

Even though we were told that our personal possessions, including my medications, would follow with this rush evacuation, several months passed before the return of our personal possessions and retrieval of some of my legal papers and my cervical neck brace.

Request to health services for a replacement of cervical neck brace during this time was denied. Medications came late.

When I regained my legal papers, there was not much I could do to proceed with the CFR grievance process, as we were not allowed access to the "resource center" which would give access to the legal library and computers as well as a copy machine necessary in my legal matters. When we were finally allowed access, there was the choice of either outside fresh air and yard time or resource center. Even still, other inmates also needed access to the one and only copy machine, leaving very little time, one hour, to do any meaningful work. Besides this lack of access to resources, there was no way to purchase "copy cards" which are required for the copy machine.

To further complicate matters, attempted requests to have my copious legal files being held in a "legal locker" back at the Lompoc FCI low, were denied. See attached letter designating an inmate as my agent to acquire my legal documents, and dated October 4, 2020.  Even after a Compassionate Release due to untreated medical conditions and failing health, requests for "legal Locker" contents were denied. (see letter attached addressed to current warden at Lompoc FCI, and dated February 1 2021, sent registered mail).

The lawsuit we are submitting for motion herein, is for claim of negligence and lack of all medical requirements that were presented to the BOP before incarceration. And which were denied. Furthermore, as this was tracked by multiple medical remedies during the entire two years of incarceration, does not specifically point to any one incident but to multiple documented occurrences of failed medical care.

I hold to this as evidence of successful Tort submission within the two years being cited for this case. Also, as is my right to appeal this erroneous letter of denial, I sent a registered letter stating I am exercising my right for a six-month period of appeal the inaccurate letter of denial.
Because of the BOP's continued errors in this lawsuit, we have decided to file motion and to let the multiple errors on BOP's behalf, be realized during trial submission. See BOP letter attached and dated March 1, 2021. This letter is in response to an incident described as September 12, 2018, and has nothing to do with this motion submitted.

See also letter of acceptance referenced for lawsuit tort of a different submission ( TWT-WXR – 2020– 06655 received August 10, 2020), which relates to a fall occurring on or about September 12, 2018.

8/4/2021

To date I have not been successful in retrieving my "legal locker" contents and my certified letter request to the current warden was denied.

This denial of the valuable documents has delayed this second tort lawsuit yet again,  I was able to submit tort well within a two year time limit.

It is my belief that the lack of coordination by Lompoc FCI, prevented me the legal access rights in preparing this motion and I asked the court to take this brief explanation letter in consideration to approve the motion and allow me to proceed with my lawsuit action.

Some of what I have described in this letter can be confirmed within the ACLU law suits filed against Lompoc facility.

Thank you for your time in this matter and the acceptance of these extraordinary circumstances during the pandemic worldwide conditions.

Paul Stacker

P. S. Documentation provided and submitted with this motion further establishes my request. And as of date of submission I have not received my necessary legal documents from Lompoc FCI.


Attachments:

1- dated October 4, 2020, letter to unit manager by designated agent.

2- dated February 1, 2021, letter to current warden requesting release of legal documentation.

3- dated March 1, 2021, letter from BOP citing incorrectly statement of fact and not related to this motion.

4- dated August 19, 2020, BOP acceptance to another lawsuit and stating six month review.

   Note: no further communication has been received – over a year and is provided here to delineate between the two lawsuits we have filed within the two-year submission requirements.


8/4/2021

MISSING LEGAL DOCUMENTATION/SUPPLIES

During the two years Mr. Stacker, was incarcerated at Lompoc FCI, he had accumulated copious documents and legal papers to be utilized in his current lawsuits.

Forced into utilizing a "legal locker" due to staff member demanding that all personal items must be placed in his locker and not under his assigned bunk. Due to the fact there was insufficient room for Mr. Stacker's legal work and personal items, a legal locker was assigned, materials moved to this locker, and sealed with a purchased personal combination lock. Mr. Stacker, was assisted by Craig Sipek and will serve as a witness to these facts.

When moved to the medium special housing unit, a.k.a. the "hole", Mr. Stacker, made attempts to retrieve these important documents. All paper trails went unanswered.

When Mr. Stacker, was sent home on a compassionate release, Mr. Stacker, asked again for his legal documents but was denied.

On or about October 4, 2020, Mr. Stacker, sent a request to staff unit manager to release his legal documents appointed Mr. Sipek as an agent on Mr. Stacker's behalf to release legal documentation at which time Mr. Sipek would mail the supplies to the home location he currently resides. This request was given to staff by Mr. Sipek. Staff members did nothing to accommodate the retrieval of these legal documents.

On or about February 1, 2021, Mr. Stacker, sent a certified letter to the current warden requesting that these invaluable documents pertaining to his lawsuit(s), be sent to Mr. Stacker. As to date, Mr. Stacker, has not received said legal papers and no contact from the current warden has been received.

We consider these failed attempts to retrieve legal documents, to be a serious violation of his legal rights and a possible attempt to thwart his efforts to compile documents in his continued ongoing lawsuits.

Attachment – letter to Craig Thomas Sipek 59153-298/unit manager.

Attachment – registered letter to Warden.

Attachment - cop out, BP8, to staff member?, For the reasons of requesting a legal locker.

LOS ?
ACCESS TO LEGAL

BP-A0148
JUNE 10

INMATE REQUEST TO STAFF CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| BLAIR, UNIT COUNSELOR | MARCH 20 2020 |
| FROM: PAUL H. STACKER | REGISTER NO.: 77068-065 |
| WORK ASSIGNMENT: UNASSIGNED | UNIT: Bed Assignment: CO4-001L |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

DO TO INSUFFICIENT SPACE IN MY PERSONAL LOCKER FOR STORING MY TOILET PAPER AND DIRECTLY THE RESULTING NEED FOR COPIOUS AMOUNTS OF LEGAL ITEMS RELATING TO GRIEVANCES CURRENTLY BEING WORKED ON DUE TO LACK OF MEDICAL CARE ISSUES, I AM REQUESTING THE NEED FOR A LEGAL LOCKER. PLEASE PROVIDE THIS REQUEST BEFORE THE NEXT FORMAL INSPECTION.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
|  |  |

Record Copy - File; Copy - Inmate

PDF                          Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR Privacy FOLDER          **SECTION 6**

Exhibit 8.1

October 04, 2020

Lompoc FCI
3600 Guard Road
Lompoc, CA 93436

Unit Manager or who it concerns,

This letter serves as my official request to release my legal documents currently being held in a legal locker in the B Dorm staff offices.

I have designated Craig Sipek as my legal agent to acquire my documents from said legal locker and for Mr. Sipek to arrange shipping to my designated address/person.

Please provide immediate access to my legal locker and its contents.

Thank you for your time in this matter.

Paul Stacker
4425 Thunderbird Street
Eugene, OR 97404

(541)520-3498

February 1, 2021

Lompoc FCI
3600 Guard  Rd.
Lompoc, CA 93436

Current Warden,

Situation:  For six months, I and about 150 inmates, were held at the medium, maximum security SHU.
During that time, requests for my legal locker contents were denied.
Upon a compassion release in July, I was not given access to my legal Materials.

I designated an inmate to inquire into the return of legal materials. Verbal request was ignored. In October
2020, I sent a letter requesting a release of legal materials to staff. See attached letter dated October 4,
2020. Staff indicated they would ship legal locker contents. Nothing has changed.

My attorney has recommended contacting the Warden to remedy the situation which is going into the
13th month since my first request.

Again, this letter serves as my official request to release and ship my legal documents currently held
within the B building staff locker. We are also requesting that shipping charges be provided by the BOP,
especially with the length of time requested and the fact that I could have taken these legal materials with
me upon release.

Thank you for your time in this matter. It is my hope that this is remedied within a month of the receipt of
this certified letter.

Paul Stacker
#77068-065

4425 Thunderbird St.
Eugene, Oregon 97404
458-239-1825



**U.S. Department of Justice**

**Federal Bureau of Prisons**

*Western Regional Office*
*7338 Shoreline Drive*
*Stockton, California 95219*

March 1, 2021

**Certified Mail:**

Paul Stacker
Reg. No. 77068-065
4425 Thunderbird Road
Eugene, Oregon 97404

Re:     Tort Claim No. TRT-WXR-2021-02783 Received: February 10, 2021

Dear Mr. Stacker:

This is in response to the administrative claim submitted or forwarded to the Western Regional Office under the provisions of the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671, et seq.   You seek $1,000,000.00 for an alleged personal injury on September 12, 2018.

Section 2672 of the FTCA delegates to each federal agency the authority to consider, determine and settle any claim for money damages against the United States for injury to or loss of property, personal injury, or death caused by the negligent or wrongful act or omission of any employee of the agency while acting within the scope of his or her office or employment. To the extent you assert an allegation of personal injury caused by the negligent or wrongful act or omission of any employee of the agency while acting within the scope of his or her office or employment, your claim is denied. In accordance with 28 U.S.C. § 2401(b), a claim will be forever barred unless it is presented in writing to the appropriate federal agency within two years after such claim accrues. Your correspondence was received on February 10, 2021, which is in excess of the two-year filing limitation stipulated by law.

Accordingly, your personal injury claim is denied.   If you are not satisfied with this determination, you are afforded six months from the mailing of this letter to bring suit in the appropriate United States District Court.

Sincerely,

DENNIS M. WONG
WESTERN REGIONAL COUNSEL

DMW/sg

S. House of IL

**U.S. Department of Justice**

**Federal Bureau of Prisons**

---

*Western Regional Office*
*7338 Shoreline Drive*
*Stockton, California 95219*

August 19, 2020

Paul H. Stacker
Reg. No. 77068-065
4425 Thunderbird Street
Eugene, OR 97404

Re:  Tort Claim No. TRT-WXR-2020-06655 Received: August 10, 2020

Dear Mr. Stracker:

This acknowledges receipt of your Claim for Damage, Injury or Death (Standard Form 95) submitted to or forwarded to this office under the provisions of the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346, 2671, <u>et seq</u>.

In accordance with the applicable provisions of the statute, this agency has up to six months from the date received in which to make a final determination of your administrative claim for damages.  This time frame began on the date that your claim was received for filing and processing as noted above.

Based on the location of your allegations, the Los Angeles Consolidated Legal Center will be handling your claim for investigation and response.  Please note all future correspondence and change of address should reference the administrative claim number and be directed to:

Eliezer Ben-Shmuel
Supervisory Attorney
MDC Los Angeles
535 N. Alameda Street
Los Angeles, CA 90012

Sincerely,

DENNIS M. WONG
WESTERN REGIONAL COUNSEL

DMW/sg

Missing sumatriptan medication

The Lompoc Health services inconsistently delivered prescription refills. The only medication that was prescribed to alleviate Mr. Stacker's, severe chronic pain failed to such an extent that Mrs. Stacker, and others outside influence was initiated. See exhibit __8.3__ Mrs. Stacker, in Inmate Concerns. This was seen previously, and described in this discovery were Mrs. Stacker,'s outside influence forced health services to provide his migraine medication while remanded to the SHU after being attacked by an inmate within the first month of Mr. Stacker,'s incarceration.

Mr. Stacker's continued chronic pain continued to the inefficiency in providing his medication sumatriptan tablets and any kind of consistent manner. This situation became so blatant, that Mr. Stacker, sought out the doctor at the psychology department. Mr. Stacker was beginning to believe that suicide was the only answer to the distress for condition he was experiencing. Intervention by the psychology department doctor prompted health services to reluctantly capitulate in providing the missing medication.

Pain and suffering should never have been ignored and Mr. Stacker's distress has now left him with depression and continued PTSD from this experience.

The following documented exhibits clearly indicates Mr. Stacker,'s and others effort to provide him with a very critical medication. On a BP 10 to regional reply that he was receiving his medication and comments that he had not contacted health services via sick calls, is false.

We are providing partial documentation that Mr. Stacker, accrued during his incarceration and which clearly shows his many attempts to receive medical care, apparently attending "pill line" does not document attempts in the BEMR, but should have.

Following exhibits are not in chronological order but provided to show the extensive documentation and to clearly show what he went through during his incarceration.

PS6031.04 states all medical encounters must be entered into the BEMR.

Exhibits related to missing and sporadic delivery of Sumatriptan medication and Occipital Neuralgia injections, AND OTHER RELATED.

Exhibit 8. ___1___ Personal hand written entries containing dates of medication requests.

Exhibit 8. ___2___ Personal hand written entries

Exhibit 8. ___3___ Mrs. Stacker's Inmate concerns to missing medications.

Exhibit 8. ___4___ Copied labels from missing/short prescriptions.

Exhibit 8. ___5___ Personal records indicate pill line missing prescriptions.

Exhibit 8. ___6___ Missing prescription attempts and continued pain from missing Occipital Neuralgia Injections.

Exhibit 8. ___7___ Refil Sumatriptaan attempts and Amivog migraine preventions personal documentation.

Exhibit 8. ___8___ Transcription during office with Dr. D confirming greater than 25 migraines/month and other related data.

Exhibit 8. ___9___Entra-email to Health Services confirming "cop-out" related to missing medications. Green paper original from inmate access computer area retained here provided.

Exhibit 8. ___10___ BP9 submission on missing medication.

Exhibit 8. _____11_____ CFR late response in missing medication documented – Insufficient monthly delivery.

Exhibit 8. _____12_____ Letter from Western Regional office indicating a late CFR requirement response delivery.

Exhibit 8. _____13_____ Response from Warden indicating that Mr. Stacker had not made sufficient Health Services requests for missing medications.

Exhibit 8. _____14_____ Sent Entra-email to Health Services apprising situation of missing medications.

Exhibit 8. _____15_____ Copies of medication "pill Line" bottle labels indicating missing medication

Exhibit 8. _____16_____ BP8 to staff on missing medications – documentation.

Exhibit 8. _____17_____ BP9 documentation missing medications to Warden.

Exhibit 8. _____18_____ Copy of sick call for Zero medication – documented.

Exhibit 8. _____19_____ Continuation page to grievance – Missing medications – documented.

Exhibit 8. _____20_____ Entra-email to Health Services – missing medications and reconfirm 25 or more migraines – documented.

Exhibit 8. _____21_____ Documented dates of missing medication - Including used in grievance submittal.

Exhibit 8. ___22___ BP8 to staff – Documented request upon failed Health Services relating to denial for medication.

Exhibit 8. ___23___ Entra-email to Psychology Department outreach to receive missing medications, Dr. Watson canceled re-fil -- unknown reason but citing Mr. Stacker was currently taking antibiotics – Documented.

Exhibit 8. ___24___ Entra-email to Psychology Department for deteriorated  mental state due to sporadic and missing medications. Including missing Occipital Neuralgia injections.

Exhibit 8. ___25___ Entra-email continued request for refused sleep aid from chronic pain due to missing medical treatments.

Exhibit 8. ___26___ Entra-email submission documenting missing medication and sickness/pain resulting.

Exhibit 8. ___27___ Entra-email confirmation Sick Call to receive Occipital Neuralgia injections.

Exhibit 8. ___28___ Entra-email confirming sick call and missing medications (second notice attempt).

Exhibit 8. ___29___ Sick call copy for medication refills and missing medication sumatriptan.

Exhibit 8. ___30___ Entra-email confirm sick call and related to missing medication sumatriptan prescriptions.

Exhibit 8. ___31___ Entra-email confirming sick call related

Exhibit 8. ___32___ Sick call copy related to missing 8 sumatriptan medication of 18 prescribed.

Exhibit 8. __33__ Entra-email to Health Services – confirm sick call missing sumatriptan medication.

Exhibit 8. __34__ Sick call carbon copy – reaffirm 25 or more migraines per month. Documented 2 visits to Dr. D on occipital Neuraligia.

Exhibit 8. __35__ Entra-email to Health Services – Itemized sick call dates for migraines and un-treated Occipital Neuralgia to Dr. D.

Exhibit 8. __36__ Entra-email to Health Services for missing sumatriptan medication. Repeat of 25 of more migraines and occipital Neuralgia indicated – documented.

Exhibit 8. __37__ BP10 Regional response indicating that Mr. Stacker was in fact receiving sumatriptan Injections – This is false as Mr. Stacker's documentation indicats and is in opposition to BEMR records.

MISSING SUMATRIPTAN #2                    EXHIBIT 8.1
SEE ALSO CHRONO SENTRY

| SICK CALLS | SUBMITTED ON |
|---|---|
| Q REFILLS, ~~5~~ LAST DATE ON BOTTLE | 1-15-2020 |
| — REQUEST REFILLS FOR FEB | 1-27-2020 |
| — 2ND REFILL REQUEST | 2-14-2020 |
| — MISHCHENKO PLACES REFILL REQUEST | 2-19-2020 |
| 3RD REFILL REQUEST | 2-25-2020 |
| 5TH REFILL REQUEST (CALL OUT WAS COUNTED A A REQUEST) | 2-28-2020 |
| PSYC ON MISSING SUMA CRY FOR HELP | 3-1-2020 |
| PSPC STILL NO SUMA | 3/4/2020 |
| RECEIVED SUMA PILL LINE 6:45PM ON YARD CALL LATE | 3/4/2020 |

CALL OUT

OVER 14 DAYS W/O MEDICATION

— NOTE: BEFORE THIS RECEIVED AGAIN, INCOMPLETE MONTHLY SUPPLY
PAUL — CHECK HOW MANY SICK CALL LISTED FOR THIS

EXHIBIT 8.2

SICK-CALL DRAFTS
SUMATRIPTAN

✓ ON BOTH BELOW, FIND RELATED FRIVOLOUS SICK-CALLS

- ARM SLING + CHRONO PAIN WHEN WALKING YARD

✓ #1 - NEUROLOGIST FOR OCCIPITAL NEURO - REQUEST, CONSTANT 7 PAIN, LAY DOWN 27°,
AS INDICATED UPON ARRIVAL, I SAID I NEED THESE INJECTIONS EVERY 6 MONTHS IT'S BEEN
9 AND IT'S BEEN X SINCE I LAST ASKED.

SUMA 7/11/19 RECEIVED ONLY 9 TABS

→ ✓ 7/17/ NEED RX REFILLED ASAP - RETAIN HAND COPY
7/18/ PILL LINE REFUSED REFILL FOR REMAINING 9 TABS

8/9 REFILL RX ONLY RECEIVED 9 TABS

8/13 REFILL REQ @ PILL LINE

8/17 TOLD LOST RX

8/18 TOLD REFILLED ON 8/16 WILL BE HERE 8/19 (PILL BOTTLE INDICATES FILLED 8/16/19)

8/20 FINALLY GOT MEDS (18 TAB)

9/20 RX ONLY RECEIVED 9 - (REFILL DATE 9/18/19)

10/1 ATTEMPT REFILL FOR REMAINING 9 TABS

→ 10/1/19 SUBMITTED SICK-CALL FOR REMAINING 9 TABS
10/1/19 SUBMITTED COP-OUT / BP8
10/1/19 SUBMITTED BP-9
10/4/19 SUBMITTED ELECT EMAIL TO HEALTH SERVICES

## Monday, August 19, 2019

12:29 PM - Takes me forever to write a letter. I sent an email to Inmate Concerns. Let's see how this works.



Voice your inmate concerns.

If you are concerned about an inmate and would like to contact us, please use the form below:

Lompoc FCI

Your email address if you want a copy and correspondence

cstacker16@gmail.com

Please enter in the inmate's name, number, or subject

Paul H. Stacker 77068-065

Your concerns

Today is August 19, 2019. On July 19, 2019, my husband last received half his prescription of sumatriptan pills (generic for Imitrex) for his migraines. He is due to receive a new prescription today, plus the rest of last month's. When he got to front of the medicine line, he was told they still do not have his medicine because they do not have a pharmacist at their pharmacy located at Lompoc USP.

Paul suffers chronic migraines (15 or more a month), and he depends on this medicine to keep him form being bed ridden or worse progressing into migraines with vomit.

Please, there has to be a more humane and responsible solution.

SUBMIT

## Friday, September 13, 2019

5:55 PM - I've enclosed some pictures that I had printed. The next time I use Walmart to print, I will pick them up. It cost me more to have them sent and it took at least a week longer.

There are three pictures from Deanna's birthday, 5 pictures of me, and one picture with before and after the yard clean-up. Deanna is with Kevin in one picture, and with Kelly and Camila and another picture. I did a silly selfie to Natalie because we were talking about how childish some people are. One selfie is with a new blue shirt another with cheap red dress and another is at a friend's outdoor wedding on a hot day. And then I took pictures of me and new smaller pants because I lost so much weight.

I got the Brother printer installed on the gateway, but not Office yet. I made this last entry using my phone because it does have Word. Now I'll try to print it, fingers crossed. 🙂

*Cont, on page one*

Paul Howard Stacker 77068-065                    2                    aletter2Paul - 19020.docx

7/20/19 ⓛ HAND 4, ⓛ ARM 6, STOMACH 2 ~GAS, Ⓡ ARM 6 ~SORE, NECK 6, UP @ 6AM ½ BREAK.

WALK COMPOUND. BED 8AM. LUNCH. WALK COMPOUND. PAPERWORK, LITL NAP 3-4PM. UP REST OF TIME

MED ZMITRIX

TRIED 7/18 TO REFILL
LOMPOC FCC                         LOF-C04-001L
3901 KLEIN BLVD - LOMPOC, California 93436
291608-LOX   Souferzadeh, Navid MD        02/21/19
STACKER, PAUL  50 mg x 2 = 100 mg  77068-065
Take one tablet (100 MG) by mouth at onset of
headache, may repeat once in 4 hours if needed
(max of 18 tabs/month) **non-formulary approved
until: 8/16/20   36 IF ONLY 50 mg ?
SUMAtriptan 100 MG Tab   50 mg
(3) Refills   07/11/19   MSM   Refill Until: 08/20/19
#9 TAB              Don't Confiscate Before: 10/09/19
CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

ON 7/20, RECEIVED 9 TABS
OF 100mg (DATED 7/19/19)
← 7/11/19 RECEIVED 9 TAB OF
50mg = 4½ TAB OF 100's

I HAD BEEN GETTING 18 TABS
X 30 DAYS.

B.20
NECK
PAIN

7/21/19 ⓛ HAND 4, ⓛ ARM 6, STOMACH 2 ~GAS, Ⓡ ARM 6 ~SORE, NECK 6, UP @ 5:00 ½ BREAK.

PT#2   ½ LUNCH, SKIP DINNER, 2 MILES @ 5-6PM. BEGIN P.T. ON BOTH L & R ARMS

MORE PAIN IN ARMS-TO BE EXPECTED. SLEPT ALL MORNING 7-10AM, 1 HR NAP IN

AFTERNOON.

7/22/19 ⓛ HAND 4, ⓛ ARM 5, STOMACH 3 ~GAS SOME PAIN, Ⓡ ARM 6, NECK 6, UP @ 5:45. ½ BREAK.

PT#3   BACK TO SLEEP AFTER RADIO NEWS @ 7:30-10AM, WET DOG-LUNCH. SKIP DINNER, HAD

BURRITO FROM [WILL] PT BOTH ARMS

7/22/19 ⓛ HAND 4, ⓛ ARM 5, STOMACH 3 ~PAIN +GAS, Ⓡ ARM 5, NECK 6, UP @ 5:30 ½ BREAK.

WALK COMPOUND. SLEEP REST OF MORNING, ½ LUNCH. READ—

7/23/19 BAD Ø.N. 50mg - UP FOR 6 HOURS FROM 10PM TILL 4 AM

EXHIBIT 8.5

1/30/20 LETTER/REGIONAL 20 DAY
NOTICE

AND CC TO AIKIN'S JUDGE.

QUESTION. SHOULD I SEND COPY OF JUDGE LETTER BACK TO CIS?

THURS
1/30/20  6AM SICK CALL - RX OF AMOXICILLIN X10 DAY PLACED
- 5:50AM LEGAL MAIL - LETTER TO REGIONAL ON "THE NECK" 20D NOTICE
- PILL LINE = NO SUMATRIPTAN
NO ANTIBIOTICS

FRI
1/31/20
6AM SICK CALL 2ND NOTICE (OUT OF SUMATRIPTAN) ?! - SEE
MEDICAL FOLDER
- PILL LINE · 6PM NO ANTIBIOTIC OR SUMA
NOTE: YELLOW MASS ON BOTH SIDES OF THROAT NOW

SAT
2/1/20 PILL LINE: GOT 8 TABS SUMATRIPTAN !! WONDERS NEVER CEASE?
CPU: A REFILL FOR SUMATRIPTAN? WITH THANK YOU ?? WHO EVER !!
PILL LINE: NO ANTIBIOTICS - STILL HAVE YELLOW MASSES STILL
SICK LOTS OF COUGHING

SUN
2/2/20 [STILL SICK] - NECK HURTS (R) SIDE. COUGHING HARD ALL
NIGHT, (R) HIP AND NECK HURT. 2 MIGRAINES - NECK IS GETTING
WORSE - GOT TO DOCUMENT ASAP AT SICK-CALL FOR TRACKING

MON
2/3/20 [STILL SICK] - NECK ON FIRE !! IN BED MOST OF DAY
⟹ LETTER FROM CHRISTIE

LOCAL ~~HAD~~ HOD 2 CHANCES TO ADDRESS C/O ISSUES.

NOT SURE BUT NEXT 'PROJECTS' ARE

- CERVICAL INJECTIONS
- OCCIPITAL NEURALGIA INJECTIONS

MED ✳ - DR DHALIWALS DIAGNOSIS THAT L ARM FINE

LOW → FIND ALL REQUESTS FOR LOWER AND CROSS w/ THEM GIVING ME UPPER

- NO MEDS IN SHU & CHARGING ME SICK CALLS

UA 7/18/19 3rd SSP-UA TEST (AGAIN) CHECK LAST TIME / 6/2/19 @ 8 AM

PILL LINE

LEGAL - MEDICAL WOULD NOT RE-NEW MY IMITREX RX (THOSE 50mg x 9 on 7/11/19 ALMOST OUT)

MED → 6AM MAILED THE BP-11 "THE FALL" WAS DUE 7/26/19 S/B PLENTY OF

MED TIME.

✳3 UA - DID MY 1st GUITAR CLASS - MY FINGERS HURT

7/19/19 SUPER PAIN IN R SHOULDER

4AM BAD OCCIPITAL NEURALGIA - LITTLE SLEEP, DID A SICK CALL FOR MORE IMITREX

MED V. BALOGUN @ 6.45A SAID, DID NOT KNOW HOW TO TAKE CARE OF SUMATRIPTAN RX PROBLEM (9 X 3 of 50mg = 18 100mg) SHE SAID SHE WOULD CALL AFTER 8:30 & T. EXAM

EXHIBIT 1

WILLIAM WATSON M.D

-7-

- WONG
- U. BALOGUN
- MR. BAKER
- CHRISTOPHER
- JASPAL DHALIWAL, DR.
- MS PINNEL

○ OPEN
Ⓖ PENDING
⊗ CLOSED

| STATUS NOTES | DATE | INFO |
|---|---|---|
| ⊗ | 8/24/19 | EMAIL SENT INFORMING MEDICAL/PINNEL OF SB NO MRI |
| MRI ⊗ NECK E SHOULDER | 9/6/19 | 8AM-1145 MED TRIP TO LOMPOC. MRI NECK + SHOULDER R |
| HEP-C ⊗ 4TH?? DRAW | 9/11/19 | CALLED TO MEDICAL SERVICES FOR A BLOOD DRAW. I ASKED WHAT IT WAS FOR AND TOLD TO TEST FOR HEP-C SO I COULD START MY MEDICATION (SEE COP-OUT 9/9/19 TO R BLAIR,) WHEN I SAID THAT I'D BEEN TESTE 3X BEFORE AND IT WAS IN THE BOP RECORDS, THE P       SAID I'm JUST FILLING THE ORDER FOR THE DRAW. |
| | 9/17/19 | BP-8 & DR DHALIWAL INDICATES NO HEP-C? |
| DR 3 VISIT ⊗ | 9/17/19 | DR DHALIWAL - COVERED SAME QUESTIONS AS BEFORE — DID NOTHING ON: AMIVOG AIMVIG AIMOVIG —MIGRAINE PREVENTION COMMENT: I DON'T KNOW WHAT THAT IS BUT DID ASK IN SUMATRIPTEN WAS 'CONTROLLING' MIGRAINES! WTF —HE ALSO DID NOT KNOW WHY I WAS AT APPOINTMENT — SEE DIALOG SHEET FOR 9/17/19 |
| SICK-CALL FOR SUMATRIPTAN ○ ✓ | 10/1/19 SICK CALL | DATED: 10/1/19 SUBMITTED: 10/1/19   "REFILL SUMATRIPTAN —I GET 18 TAB/MONTH LAST REFILL WAS ONLY NINE (9) — RX REFILL DID NOT COME UP ON COMPUTER. ATEMPTED PILL LINE (FILED BOP-OUT + BP9) ; 10/4/19 FOLLOW-UP EMAIL TO PINNEL |
| NEURO SURGEON ⊗ | 9/12/2019 | ON 9/12 - TAKEN ON MED TRIP TO SANTA BARBARA — SAW NEURO SURGEON DR PARK. —SEE TRIP NOTES: CONFIRMS Ⓛ ROTATOR CUFF; ORDERS NEUROLOGIST FOR NECK INJECTION, SEE ALSO Ⓛ CERVICAL VERT PROBLEM |

EXHIBIT 8.8

C CO WASN'T GOT THIS COPY 9/10/19

CALL-OUT : DR-4 ON 8/7/2019 WED 7AM

DIALOG

134/86

7:35A

"HOW ARE YOU TODAY"

"COULD BE BETTER HOW ARE YOU"

"YOU ARE HERE FOR YOUR CHRONIC CARE"

TAKES B/P 1, 2, 3, 4, TIMES !

HOW MANY MIGRAINES

25 > /MONTH

"25 > /MONTH ? " "YES"

"EVERY DAY"? "JUST ABOUT"

134/86

"WHEN WAS LAST MIGRAINE"?

"DAY BEFORE YESTERDAY" (SEE MY MEDICAL LOG)

"YOU LOOK FINE TODAY"

"WHAT ARE YOU WRITING?"

"A TRANSCRIPT"

③→ "YOU DON'T NEED A TRANSCRIPT YOU'LL HAVE ALL THE RECORDS"

"THAT'S OK. IT'S NOT A PROBLEM"

"SO, YOU SAY I 'LOOK' OKAY"

"YES"

"SO YOU ARE FINE?" "NO I'M NOT FINE"

"HOW IS STOMACHE"

"BETTER WITH MEDICATION"

LOSS AWY w#". "BLOOD IN STOOLS"

WHAT PAIN LEVEL, "LOW LEVEL" "HOW LOW" "I'VE BEEN NOTING ABOUT A 2 I CAN LIVE W/THAT"

"HAVE YOU HAD ANY LOWER BACK PAIN"

NO LOWER BACK PAIN

HOW BOUT NECK "YES STILL BAD" ENDOSCOPIC PROCEDURE - YES A BIOPSY - DON'T KNOW WHAT

SEE ANY SPECIALISTS? STOMACH PAIN - YES, *SHOW & POINT →

"NO. EXCEPT DR CORTEZ" "WELL HE IS A SPECIALIST" YES WELL I

② EXAM "HAVE NOT SEEN SPECIALIST FOR NECK HERE". "YOU HAVEN'T"?

④→ MRI FOR NECK? NO??   NO

MRI FOR SHOULDER - YES DR C ASKED FOR MRI W/CONTRAST

WHEN DID NECK PAIN   MORE THAN 5 YEARS   NECK 6-7"

NECK MOVEMENT   WHATS BETTER. SUPINE REST

*✳— SHOWED DR SHEET WITH NERVE BLOCK + AIMOVIG FROM NEUROLOGIST

MAIN COMPLAINTS!
HEP-C
OCCIPITAL NEURALGIA
L FOOT
R + L SHOULDER
MIGRAINE MED
AIMOVIG

"GOING SUPPOST TO HAVE SIDE MIRROW ENDOSCOPIC PROCEDURE. HERE. WAS IN DR REPORT ON ENDAKE"

TRULINCS  77068065 - STACKER, PAUL HOWARD - Unit: LOF-C-A

--------------------------------------------------------------------------------

FROM: 77068065
TO: Health Services
SUBJECT: ***Request to Staff*** STACKER, PAUL, Reg# 77068065, LOF-C-A
DATE: 02/26/2020 02:14:23 PM

To: Health Services
Inmate Work Assignment: Umassigned

Submitted to Ms Mishchenko on 2/25/2020 at 6:30 Sick call - COP OUT - dated 2/25/2020

This is to confirm the submission of a cop out on missing medications, with the following dialog:

Out of migraine abortive medication SUMATRIPTAN, since 2/20/2020.  Last Rx pick ups: 1/15/202 of ten (10) tabs; 2/1/2020 of
8 tabs.
First sick call for refills submitted 1/20/2020. 2nd sick call submitted 2/11/2020.

Requested again on medical call out on 2/19/2020

Have experienced extreme migraine w/vomit due to no medication and no pill line medication.

Please approve and provide this medication ASAP and also explain why this takes over a month to acquire ongoing medication
approval, i.e., not a new prescribed medication.

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS

**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons

# REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: STACKER, PAUL, H.    77068-065    CO4-001L    Lompoc FCI
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST** – ON MARCH 4, 2020, AT APPROXIMATELY 1:30AM, I SUFFERED A MASSIVE AND VIOLENT MIGRAINE HEADACHE WHICH CAUSED VOMITING AND WOKE MY BUNKMATE INMATE SIPEK. THIS WAS CAUSED BY MY NOT HAVING BEEN PROVIDED ANY ABORTIVE MEDICATION (SUMATRIPTAN).

THOUGH STILL SUFFERING FROM SEVERE AND UNCEASING PAIN, I WENT TO PICK–LINE @ 5:00AM, IN ORDER TO PICK–UP SUMATRIPTAN, WHICH AHSA PINNEL ASSUMED WOULD BE AVAILABLE EVEN THOUGH I HAVE NEEDLESSLY SUFFERED FOR 12 (TWELVE) DAYS WITH NO MEDICATION.

AT APPROXIMATELY 7AM, I RETURNED TO MY BUNK AND, IN ORDER TO REDUCE THE SEVERITY OF MY MIGRAINE SUFFERING, I PUT IN EAR PLUGS, TO DAMPEN DORM NOISE AND PUT ON AN EYE-SHADE TO BLOCK THE BRIGHT MORNING LIGHT.

– SEE CONTINUATION PAGE –

MARCH 8, 2020
_____
DATE

_____
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____    _____
DATE                     WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**    CASE NUMBER: _____

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____    _____    _____    _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

AT APPROXIMATELY 9 AM, UNIT COUNSELOR BLAIR ENTERED THE DORM IN ORDER TO ANNOUNCE AN INSPECTION ON THURSDAY MARCH 5, 2020, WHEN MS. BLAIR PASSED MY BUNK, SHE HIT AND KICKED MY BUNK, WHILE COMMENTING THAT I WAS AVOIDING OR IGNORING HER PRESENCE, WHICH WAS NOT THE CASE.

WHILE COUNSELOR BLAIR WAS UNAWARE THAT I WAS ATTEMPTING TO RECOVER FROM AN EXTREMELY PAINFUL MIGRAINE, THIS SAME ISSUE HAS HAPPENED IN THE PAST WITH COUNSELOR DIAZ, EVEN THOUGH I WAS FULLY DRESSED AND LAYING ON MY MADE-UP BUNK.

BECAUSE IT IS DIFFICULT FOR ME TO KNOW WHEN THESE MIGRAINE ATTACKS WILL OCCUR, I CANNOT ALWAYS RESPOND WITH ALACRITY. THIS WILL BE ESPECIALLY TRUE IF I AM CONTINUED TO BE DENIED MEDICATION BY HEALTH SERVICES.

IN ORDER TO AVOID MY BEING ISSUED AN INCIDENT REPORT FOR WHAT MAY APPEAR TO BE INSINCERE OR DISOBEDIENCE, CAUSED BY MY ON-GOING SERIOUS DIAGNOSED AND WELL DOCUMENTED MEDICAL CONDITION, I AM REQUESTING STAFF DISPOSITION ON HOW THIS ISSUE, IF REPEATED, SHOULD BE HANDLED IN THE FUTURE. IF POSSIBLE, I WOULD APPRECIATE A NOTATION BE MADE INTO SENTRY TO MAKE STAFF AWARE OF MY CHRONIC MEDICAL CONDITION, AND WOULD APPRECIATE A RESPONSE IN WRITING THAT STAFF HAS BEEN MADE AWARE OF MY SERIOUS MEDICAL CONDITION.

**U.S. Department of Justice**                                    **Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: __STACKER, PAUL, H.__  __77068-065__  __CO4-001L__  __LOMPOC FCI__
　　　　LAST NAME, FIRST, MIDDLE INITIAL　　REG. NO.　　UNIT　　INSTITUTION

Part A—REASON FOR APPEAL — PLEASE TAKE NOTE: A MEMORANDUM FROM S. MORALES, EXHIBIT 1, INDICATES THE SIGNING OF WARDEN MARTINEZ ON MY BP9 RESPONSE, EXHIBIT 2, AS 12/23/2019, THE LETTER THEN STATES THAT THE RESPONSE WAS DELIVERED TO INMATE ON 1/6/2020. HOWEVER, THE LETTER IS IN FACT DATED 1/7/2020 AND NOT DELIVERED TO ME UNTIL FRIDAY, 1/10/2020 @ 4:05PM MAIL CALL, I CONSIDER THIS RESPONSE AS LATE ACCORDING TO CFR TIME LIMITS AND THEREFORE MAY REQUIRE ADDITIONAL TIME FOR THIS BP10 REMEDY APPEAL.

- RELATING TO INSUFFICIENT MONTHLY ALL DOSAGE OF SUMATRIPTIAN (GENERIC FOR IMITREX) FOR MY MORE THAN 25 MIGRAINES PER MONTH, I HERE INDICATE THAT THIS HAS OCCURED SEVERAL TIMES. ON OR ABOUT 7/11/2019, RECEIVED ONLY 9 TABS. ON OR ABOUT 8/9/2019, ONLY 9 TABS. ON OR ABOUT 9/20/2019 ONLY 9 TABS.

- ON OR ABOUT 7/19/2019, I SUBMITTED A SICK CALL AND RETAINED A HARD COPY. IN AUGUST, I DID GO TO HEALTH SERVICES PILL LINE AT LEAST 5 TIMES AND GETTING VARIOUS ANSWERS AS TO WHY I WAS NOT RECEIVING MY FULL MONTHLY ALLOTED MEDICATION. SEE CONTINUATION PAGE:

__JANUARY 16, 2020__　　　　　　　　　　　　__[signature]__
　　　　DATE　　　　　　　　　　　　　　　SIGNATURE OF REQUESTER

Part B—RESPONSE

_____                    _____
　　　　　　　DATE　　　　　　　　　　　　　　　　　　　REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY                    CASE NUMBER: __995275-__

Part C—RECEIPT

　　　　　　　　　　　　　　　　　　　　　　　　　CASE NUMBER: __995275-__

Return to: __STACKER, PAUL, H__  __77068-065__  __CO4-001L__  __LOMPOC FCI__
　　　　　LAST NAME, FIRST, MIDDLE INITIAL　　REG. NO.　　UNIT　　INSTITUTION

SUBJECT: _____

_____                    _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　BP-230(13)



**U.S. Department of Justice**

**Federal Bureau of Prisons**

_Federal Correctional Complex_

Office of the Legal Department                    Lompoc, CA 93436

January 7, 2020

MEMORANDUM FOR ADMINISTRATIVE REMEDY COORDINATOR
                    WESTERN REGIONAL OFFICE

FROM:          S. Morales
               Administrative Remedy Clerk FCC Lompoc

SUBJECT:       STACKER, Paul
               Register Number: 77068-065
               Administrative Remedy ID Number: 995275-F1

Although this Administrative Remedy was signed on December 23,
2019, it was not returned to the above listed inmate until January
6, 2020.  His date of appeal should begin on this date (January 6,
2020).  Please consider his Regional Office Administrative Remedy
Appeal as being submitted timely.

Thank you for your consideration in this matter.

LOF - 995275-F1
Part B - Response


This is in response to your Request for Administrative Remedy, received on October 28, 2019, wherein you state you are supposed to receive 18 Sumatriptan tablets per month. You state you only receive nine tablets. As relief, you want to know why you are being denied the remaining nine tablets.

A review of this matter reveals the following. On September 18, 2019, you were issued nine tablets of the Sumatriptan instead of 18 tablets due to availability of the medication. Your medical chart does not reveal you reported to sick-call to request the remainder of the medication. From September 18, 2019, to present, there is no documentation where you reported to Health Services with complaints of continued migraines.

On October 15, 2019, you received 18 tablets of Sumatriptan for the month of October. If you do not receive all of your medication or continue to have migraines, you should report to sick-call and request the remainder of the medication. If you do not report the issue to Health Services, they are unable to rectify the problem.

Accordingly, this response is provided for informational purposes only. If you are not satisfied with this reply, you may submit an appeal on the appropriate form (BP-10) to the Regional Director, Western Regional Office, Federal Bureau of Prisons, 7338 Shoreline Drive, Stockton, CA, 95219, within 20 calendar days of the date of this response.


_____          _____
Felipe Martinez, Jr., Complex Warden      Date  12/23/19

TRULINCS 77068065 - STACKER, PAUL HOWARD - Unit: LOF-C-A

---------------------------------------------------------------------------------------

FROM: 77068065
TO: Health Services
SUBJECT: ***Request to Staff*** STACKER, PAUL, Reg# 77068065, LOF-C-A
DATE: 10/04/2019 07:18:41 PM

To: Pinnel
Inmate Work Assignment: Unassign

Subject:    SUMATRIPTAN - Max 18 tabs. Last pick up 9/20/19: only received  9 tabs.

I have tried the pill line two times and one sick call for a balance refill on my Sumatriptan. I'm allowed 18 per month and only
received 9 nine tabs on 9/20/2019.
This also happened in August, with the results that I suffered towards the end of a month without any provided medication.

I currently suffer from greater than (> 25) migraines per month, and often cut the 100mg tab in half to make ends meet.
At times these migraines get so severe as to cause me to vomit and then not be able to use even the tabs; I have already been
restricted from receiving Imitrex injections during these times.

I'm suffering from Occipital Neuralgia and am waiting for the BOP to provide me with neck injections from a Neurologist. This
condition also escalates my number and severity of migraines.



FCC 1330.17b
June 4, 2013
Attachment 1

**INFORMAL RESOLUTION**                    DATE:    10-1-2019

INFORMAL RESOLUTION INSTRUCTIONS:   STAFF MUST COMPLETE AND ATTACH THE ORIGINAL OF THIS FORM TO EACH BP-9, WHEN THE COMPLAINT CANNOT BE INFORMALLY RESOLVED.   THE BP-9 WILL NOT BE ACCEPTED WITHOUT THIS COMPLETED FORM, EXCEPT THOSE APPEALING UDC/IDC ACTIONS.   INFORMAL RESOLUTION FORMS WILL NEVER BE GIVEN TO THE INMATE TO COMPLETE.

NAME:  Stacker, Paul              REG. NO.:  77068-065              UNIT:  B

DATE BP-9 REQUESTED:   10/8/19

DATE BP-9 ISSUED   :   10/8/19

DATE BP-9 RETURNED :   10/10/19

I. INMATE COMPLAINT:

ON OCTUBER 1, 2019, I ATTEMPTED A REFILL OF SUMATRIPTAN. I PRESCRIBED A MAXIMUM OF EIGHTEEN (18) PER MONTH BUT ONLY RECEIVED A PARTIAL Rx OF NINE (9) TABLETS ON SEPTEMBER 18, 2019 FILL DATE.

AT PILL LINE I WAS TOLD THEY HAD NO MORE MEDICATION AT PHARMACY AND TU WAIT FOURTEEN (14) DAYS!! —AT SICK-CALC, THE ATTENDING MEDICAL STAFF MEMBER SAID SHE DIDN'T CONTROL PHARMACY PRACTICES AND REFUSED DR PRESCRIBED AMOUNT,

I NEED THIS MEDICATION TO ABORT GREATER THAN (25) TWENTY FIVE MIGRAINES PER MONTH,

RELIEF REQUESTED:

PLEASE ENSURE MY REMAINING MONTHLY PRESCRIPTION IS MADE AVAILABLE,

ACTION TAKEN TO INFORMALLY RESOLVE COMPLAINT:

CORRECTIONAL COUNSELOR:  A. Diaz                    DATE:  10/8/19
UNIT MANAGER'S COMMENTS/ASSISTANCE:

Your request was emailed to the AHSA regarding the concerns.   The AHSA advised that you are allowed only

so much medication a month.   Once that is gone you will have to wait the full 30 day before it can be refilled.

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: STACKER  PAUL  H,          77068-065    C04-001L    LOMPOC FCC
      LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A– INMATE REQUEST**

I'M TO RECEIUE (18) SUMATRIPTAN TABLETS PER MONTH.

I OFTEN ONLY RECEIUE (9) NINE TABLETS

REFILL ATTEMPTS FOR REMAINING (9) NINE TABLES ARE DENIED.
WHY?

10/9/2019
   DATE

                                          SIGNATURE OF REQUESTER

**Part B– RESPONSE**

RECEIVED
OCT 28 2019
BY:_____

     DATE          WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**          CASE NUMBER: 995275-F1

                                                         CASE NUMBER: _____

**Part C– RECEIPT**          77068-065
Return to: STACKER, PAUL, H,    ~~C04-001L~~    C04-001L    LOMPOC FCC
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

     DATE          RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN          PRINTED ON RECYCLED PAPER          BP–229(13)
                                                          APRIL 1982

*SUMATRIPTAN REFILLS*
*EXHIBIT 8.18*

APPOINTMENT DATE_____

# INMATE SICK CALL REQUEST

## (CONSULTA MEDICA PARA CONFINADOS)

STACKER, PAUL, H.                                1/20/2020

LAST NAME(APELLIDO), FIRST(PRIMERO),MIDDLE(MEDIANO)        DATE (FECHA)

77068-065                                        C04-001L

REGISTER NUMBER (NUMERO DE REGISTRO)              UNIT (UNIDAD)

CHECK ONE (MARQUE UNA)        __X__ MEDICAL(MEDICO)    _____ DENTAL(DENTAL)

COMPLAINT (CUAL ES SU PROBLEMA) Ø REFILLS LEFT FOR SUMATRIPTAN 100 MG TAB MAY 18. PLEASE REFILL FOR FEBRUARY Rx

HOW LONG HAVE YOU HAD THIS PROBLEM? (DURANTE CANTO TIEMPO HA TENIDA USTED ESTA PROBLEMA?)

_5_ DAYS(DIAS)    _____ WEEKS(SEMANAS)    _____ MONTHS(MESES)    _____ YEARS(ANOS)

ARE YOU ON ANY MEDICATION? (AL PRESENTE, ESTA USTED TOMANDO ALGUNA MEDICINA?)

YES_____        NO_____

LIST (LISTA) _____

CO-PAYMENT FOR SICK CALL VISIT IS $2.00 ( EL COBRO DE $2.00 PR CONSULTA MEDICA)

SIGNATURE (FIRMA) _____

## ---DO NOT WRITE BELOW THIS LINE---

### APPOINTMENT/CITA

APPT/CITA_____

SIGNATURE_____

CONTINUATION PAGE
EXHIBIT 8.19

ON OR ABOUT 10/1/2019, I SUBMITTED A SICK CALL TO AQUIRE ON MY MISSING REMAINING MONTHLY 9 TABS. BECAUSE MISSING MEDICATIONS WERE HAPPENING ON A REGULAR BASIS, I SUBMITTED A COP OUT ON OR ABOUT 10/1/2019 TO STAFF. TAKE NOTE THAT THIS COP OUT I INDICATE THAT I ONLY RECEIVED 9 TABS ON 9/18/2019 FILL DATE. ON 10/1/2019, I ATTEMPTED RECEIPT OF REMAINING 9 TABS FOR MONTH, BUT WAS TOLD I HAD TO WAIT 2 WEEKS. ON THE COP OUT I DESCRIBE MY ENCOUNTER WITH HEALTH SERVICE MEMBER MS. MASCHEDKO AND ALSO INDICATED MY NEED FOR FULL MONTHLY ALLOTMENT DUE TO 25 OR MORE MIGRAINES PER MONTH. DATED 10/4/2019, I ALSO EMAILED HEALTH SERVICES, MS. PINNEL, THAT I HAD ATTEMPTED THE RECEIPT OF MISSING 9 TABS FOR MONTH HAVING RECEIVED ONLY 9 TABS ON 9/20/2019, I ALSO CONFIRMED THAT I HAD ATTEMPTED A SICK CALL AND RETAINED A COPY OF EMAIL FROM THE COMPUTER SYSTEM, EXHIBIT 3. MY PERSONAL MEDICAL JOURNAL, EXHIBIT 4, INDICATES WHAT WAS WRITTEN ON SICK CALL SHEET AND DATED 10/1/2019, THE DATE I MADE EMAIL TO HEALTH SERVICE MS. PINNEL. HERE IN, I AM PROVIDING SICK CALL AND PILL LINE DATES FOR FURTHER INDICATION TO THIS ISSUE AS NOT JUST A ONE-TIME OCCURANCE, EXHIBIT 5. I RETAIN AFFIDIVITS FROM INMATES AS WITNESS OF SICK CALL ATTENDENCE, I ALSO RETAIN THE REPORTING OF THIS ISSUE (MISSING MEDICATIONS) BY MS. STACKER THROUGH "INMATE CONCERNS", AND THAT LACK OF MEDICATIONS HAVE BEEN HAPPENING SINCE 2018 AND ALSO ON WHILE IN SHU, DUE TO AN UNPROVOKED INMATE ATTACK, DENIED MEDICATION. AS TO WHY MY BEMR DOES NOT CONTAIN COPIES OR INPUT TO MY SICK CALL(S) FOR THIS MEDICATION, I NOTE THAT PS 6031.04 STATES, ALL MEDICAL ENCOUNTERS MUST BE ENTERED INTO BEMR, THIS DOES NOT SEEM TO BE THE CASE. DURING APPOINTMENTS WITH DR. DHALIWAL AND ON AT LEAST TWO SEPERATE APPOINTMENTS WHICH I TRANSCRIBED, I INFORMED HIM OF HAVING 25 OR MORE MIGRAINES PER MONTH. QUESTION: WHY ARE MY COMPLAINTS NOT RECORDED IN BEMR?

I BELIEVE I HAVE PROVIDED SUFFICIENT EVIDENCE THAT I HAVE BEEN IN COMPLIANCE IN ATTEMPTING TO OBTAIN MEDICATIONS THAT HAVE BEEN INSUFFICIENT ON MONTHLY SUPPLY AND SUBJECTING ME TO SERIOUS REPERCUSSIONS OF PAIN, VOMIT, AND EXCESSIVE BED RIDDED TIME.

BESIDES MY ASKING THAT FUTURE ASSURANCES BE MET IN MY RECEIVING ALL MY MONTHLY MEDICATION IN A TIMELY MANNER, I AM PROVIDING REGIONAL WITH THIS REPLY TO WARDEN MARTINEZ' RESPONSE FOR RECORD INFORMATIONAL PURPOSES AND TO BE USED IN AN ON GOING MEDICAL TORT AS TO INSUFFICIENT MEDICAL CARE AT THE LOMPOC FCI LOW; SEE ALSO GRIEVANCES: 993014 AND 966769.

TRULINCS 77068065 - STACKER, PAUL HOWARD - Unit: LOF-C-A

--------------------------------------------------------------------------------

FROM: 77068065
TO: Health Services
SUBJECT: ***Request to Staff*** STACKER, PAUL, Reg# 77068065, LOF-C-A
DATE: 10/04/2019 07:18:41 PM

To: Pinnel
Inmate Work Assignment: Unassign

Subject:   SUMATRIPTAN - Max 18 tabs. Last pick up 9/20/19:  only received  9 tabs.

I have tried the pill line two times and one sick call for a balance refill on my Sumatriptan. I'm allowed 18 per month and only received 9 nine tabs on 9/20/2019.
This also happened in August, with the results that I suffered towards the end of a month without any provided medication.

I currently suffer from greater than (> 25) migraines per month, and often cut the 100mg tab in half to make ends meet.
At times these migraines get so severe as to cause me to vomit and then not be able to use even the tabs; I have already been restricted from receiving Imitrex injections during these times.

I'm suffering from Occipital Neuralgia and am waiting for the BOP to provide me with neck injections from a Neurologist. This condition also escalates my number and severity of migraines.

EXHIBIT O, 21

# SICK-CALL DRAFTS
## SUMATRIPTAN

✓ ON BOTH BELOW, FIND RELATED PREVIOUS SICK-CALLS

- ADDIN SLING + CHRONO PAIN WHEN WALKING YARD

✓ #1 - NEUROLOGIST FOR OCCIPITAL NEURO — REQUEST CONSTANT ↑ PAIN, LAY DOWN 2 TO, AS INDICATED UPON ARRIVAL, I SAID I NEED THESE INJECTIONS ×EVERY 6 MONTHS ITS BEEN 9 AND ITS BEEN X SINCE I LAST ASKED.

SUMA 7/11/19 RECEIVED ONLY 9 TABS

✓ 7/17 NEED R/ REFILLED ASAP ~ RETAIN HAND COPY

7/18 PILL LINE REFUSED REFILL FOR REMAING 9 TABS

8/9 REFILL R ONLY RECEIVED 9 TABS

8/13 REFILL REQ @ PILL LINE

8/17 TOLD LOST R/

8/18 TOLD REFILLED ON 8/16 WILL BE HERE 8/19 (PILL BOTTLE INDICATES FILLED 8/16/19)

8/20 FINALLY GOT MEDS (19 TAB)

9/20 R/ ONLY RECEIVED 9 – (REFILL DATE 9/18/19)

10/1 ATTEMPT REFILL FOR REMAINING 9 TABS

→ 10/1/19 SUBMITTED SICK-CALL FOR REMAININ 9 TABS

10/1/19 SUBMITTED COP-OUT / BP8

10/1/19 SUBMITTED BP-9

10/4/19 SUBMITTED ELECT EMAIL TO HEALTH SERVICES

EXHIBIT & 22

FCC 1330.17b
June 4, 2013
Attachment 1

**INFORMAL RESOLUTION**                              DATE: ___10-1-2019___

INFORMAL RESOLUTION INSTRUCTIONS:   STAFF MUST COMPLETE AND ATTACH THE
ORIGINAL OF THIS FORM TO EACH BP-9, WHEN THE COMPLAINT CANNOT BE INFORMALLY
RESOLVED.   THE BP-9 WILL NOT BE ACCEPTED WITHOUT THIS COMPLETED FORM, EXCEPT
THOSE APPEALING UDC/IDC ACTIONS.   INFORMAL RESOLUTION FORMS WILL NEVER BE
GIVEN TO THE INMATE TO COMPLETE.

NAME: _Stacker, Paul_          REG. NO.: _77068-065_          UNIT: _B_

DATE BP-9 REQUESTED: _10/8/19_

DATE BP-9 ISSUED : _10/8/19_

DATE BP-9 RETURNED : _10/10/19_

I. INMATE COMPLAINT:

ON OCTOBER 1, 2019, I ATTEMPTED A REFILL OF SUMATRIPTAN. I PRESCRIBED
A MAXIMUM OF EIGHTEEN (18) PER MONTH BUT ONLY RECEIVED A PARTIAL Rx ON OF
NINE (9) TABLETS ON SEPTEMBER 18, 2019 FILL DATE.

AT PILL LINE I WAS TOLD THEY HAD NO MORE MEDICATION AT PHARMACY AND TO WAIT
FOURTEEN (14) DAYS!! —AT SICK-CALL, THE ATTENDING MEDICAL STAFF MEMBER SAID
SHE DIDN'T CONTROL PHARMACY PRACTICES AND REFUSED Rx PRESCRIBED AMOUNT.

I NEED THIS MEDICATION TO ABORT GREATER THAN (25) TWENTY FIVE MIGRAINES
PER MONTH.

RELIEF REQUESTED:

PLEASE ENSURE MY REMAINING MONTHLY PRESCRIPTION IS MADE AVAILABLE.

ACTION TAKEN TO INFORMALLY RESOLVE COMPLAINT:

CORRECTIONAL COUNSELOR: _A. Diaz_                    DATE: _10/8/19_
UNIT MANAGER'S COMMENTS/ASSISTANCE:

Your request was emailed to the AHSA regarding the concerns.   The AHSA advised that you are allowed only

so much medication a month.   Once that is gone you will have to wait the full 30 day before it can be refilled.

EXHIBIT 23

TRULINCS  77068065 - STACKER, PAUL HOWARD - Unit: LOF-C-A

--------------------------------------------------------------------------------

FROM: 77068065
TO: Psychology
SUBJECT: ***Request to Staff*** STACKER, PAUL, Reg# 77068065, LOF-C-A
DATE: 03/04/2020 05:31:12 PM

To: Dr. F
Inmate Work Assignment: Unassigned

Hello -

I spoke with a Dr F. about a serious medical condition and the lack of cooperation from Health Services. With your email to HS, a 11:15 yard call to HS was made ,Ms. Pinnel told Dr. Watson to tell me that the missing Sumatriptan would be available yesterday at 6pm pill line or the morning pill line.  Medication was not available at either of these times.

Today 3/4/2020 at the 6 pm pill line, I was informed by the HS staff member  that Dr. Watson, without a prior consult or explanation, had CANCELED the order!

This morning at ~ 1:00 am, I was hit with a massive migraine with vomit. All these episodes, pain and anxiety could have been avoided but Health Services continues to show indifference to my maladies.

I CANT DO THIS ANY MORE !!!!   I'm trying desperately to deal with my various pains but it is becoming to much to handle. I can't even achieve restful night time sleep.

No antidepressant can deter the rational mind over this type of torture!

TRULINCS  77068065 - STACKER, PAUL HOWARD - Unit: LOF-C-A

TRULINCS  77068065 - STACKER, PAUL HOWARD - Unit: LOF-C-A

----------------------------------------------------------------------------------------------------

FROM: 77068065
TO: Psychology
SUBJECT: ***Request to Staff*** STACKER, PAUL, Reg# 77068065, LOF-C-A
DATE: 03/01/2020 07:44:38 PM

To: Who it concerns
Inmate Work Assignment: Unassigned

Hello -

I'm submitting this email to the psyc department for several reasons:  To make psyc personal aware of my mental condition due to untreated chronic pain, and as record of such future legal reasons.

I suffer from several chronic conditions, one of which I arrived with on intake August 2018. These conditions can and do trigger severe migraines which I have suffered since I was four years old.
Do to having at least seven TIA's, my last Neurologist indicated these would also cause me frequent migraine attacks.

Situation:  Currently I suffer from Occipital Neuralgia which was being treated on the outside with injections that would last four to six months.  A federal judge contacted Grand Prairie before intake of these and other chronic maladies, upon intake, all these issues were made aware to Health Services - via lawyer provided medical records, lawyer provided letter describing condensed version these issues, physician provided intake letters to be given to health services, and my on personal account of my medical needs during A&O. (Chronic Level 2 care)

For over (14) fourteen months I have been waiting for an injection to my moderate to severe pain from the occipital neuralgia triggering migraines often with vomit. The only medication which works for these migraines is an abortive one called Sumatriptan.

As I inform you of this, it has been over (10) ten days of not having this medication and thus subjecting me to unnecessary horrible pain. To compound this I had a lapse in my Fluoxetine (prozac), which was finally re-approved and to which I have now began taking again.

What I'm asking for:  Can you help me acquire my migraine medication Sumatriptan even if with a simple concerned email? [to Dr Watson or whoever can approve this medication]

My depressive state is greater than usual and my friends here suggested I contact psyc.  I decided they (friends) were right hen I told my wife via phone that I have noted all the times that staff COs were not present and how to end my pain.  To which I recognize as a verbal cry for help - any help.

Thank you for taking the time to read and again any assistance you may suggest will be appreciated.

Paul Stacker

Note:  I have submitted 5 sick call requests and one cop out to Health Services since 1/20/2020 and as recent as 2/28/2020 on this medication needing renewal.

TRULINCS 77068065 - STACKER, PAUL HOWARD - Unit: LOF-C-A

--------------------------------------------------------------------------------

FROM: 77068065
TO: Health Services
SUBJECT: ***Request to Staff*** STACKER, PAUL, Reg# 77068065, LOF-C-A
DATE: 02/29/2020 03:02:17 PM

To: Health Services
Inmate Work Assignment: Unassigned

This is to confirm a sick call request on 2/28/2020 at 6:25 am

Received by staff member Christopher and dated 2/27/2020, sick call sheet:

"Do to severe untreated chronic neck pain, I am requesting a sleep aid, such as Mirtazapine 7-25mg, to be taken at 10pm count time."

Note: This is a medication replacement request to a sleep aid I was currently taking at intake, 2018.

TRULINCS 77068065 - STACKER, PAUL HOWARD - Unit: LOF-C-A

---------------------------------------------------------------------------------------------

FROM: 77068065
TO: Health Services
SUBJECT: ***Request to Staff*** STACKER, PAUL, Reg# 77068065, LOF-C-A
DATE: 02/26/2020 02:14:23 PM

To: Health Services
Inmate Work Assignment: Umassigned

Submitted to Ms Mishchenko on 2/25/2020 at 6:30 Sick call - COP OUT - dated 2/25/2020

This is to confirm the submission of a cop out on missing medications, with the following dialog:

Out of migraine abortive medication SUMATRIPTAN, since 2/20/2020.  Last Rx pick ups: 1/15/202 of ten (10) tabs; 2/1/2020 of 8 tabs.
First sick call for refills submitted 1/20/2020. 2nd sick call submitted 2/11/2020.

Requested again on medical call out on 2/19/2020

Have experienced extreme migraine w/vomit due to no medication and no pill line medication.

Please approve and provide this medication ASAP and also explain why this takes over a month to acquire ongoing medication approval, i.e., not a new prescribed medication.

TRULINCS  77068065 - STACKER, PAUL HOWARD - Unit: LOF-C-A

----------------------------------------------------------------------------------------

FROM: 77068065
TO: Health Services
SUBJECT: ***Request to Staff*** STACKER, PAUL, Reg# 77068065, LOF-C-A
DATE: 02/16/2020 01:40:27 PM

To: Health Services
Inmate Work Assignment: Unassigned

This is to verify a sick call medical visit on Friday 2/14/2020 at 6:30am

Complaint:  Experiencing greater chronic pain from Occipital Neuralgia and Cervical areas.  Increased Migraines as result.

Now going on for 14th month from first request.

Still requesting pain control relief -

EXHIBIT B-28

TRULINCS  77068065 - STACKER, PAUL HOWARD - Unit: LOF-C-A

---------------------------------------------------------------------------------

FROM: 77068065
TO: Health Services
SUBJECT: ***Request to Staff*** STACKER, PAUL, Reg# 77068065, LOF-C-A
DATE: 02/16/2020 01:48:58 PM

To: Health Services / Dr. Watson
Inmate Work Assignment: Unassigned

This is to verify a sick call on Friday 2/14/2020 at 6:30am

Complaint:  The following medications all indicate 0 refills ending:

Fluoxetine 20 mg Cap x 3 D. Ending 1/15/2020
Meloxicam 20 mg Tab x 1 D. Ending 1/28/2020
Acetaminophen 325 mg x 4 D. Ending 1/30 2020

2nd NOTICE See 1/20/2020 -  Sumatriptam 100 mg x 18 / month. Ended 1/15/2020

Note:  I need the Sumatriptan medication for my Chronic Migraines ASAP
Please notify Dr. Watson of this 2nd request of medication

EXHIBIT B.29

## CHECK ONE (MARQUE UNA)

| | |
|---|---|
| MEDICAL (MEDICO) | X |
| DENTAL ( DENTAL) | |

# INMATE SICK CALL REQUEST
### ( CONSULTA MEDICA PARA CONFINADOS)

- STACKER        PAUL                          2/11/2020
  LAST NAME (APELLIDO),  FIRST (PRIMERO)        DATE (FECHA)

- 77068-065
  REGISER NUMBER ( NUMERO DE REGISTRO)

- COMPLAINT (CUAL ES SU PROBLEMA) : NOT ON COMPUTER @ 2/12/2020 AS OF:

THE FOLLOWING MEDICATIONS ALL INDICATE @ REFILLS ENDING:

FLUOXETINE 20MG CAP X3D . ENDING 1/15/2020

MELOXICAM 15mg TAB X I D. ENDING 1/28/2020

ACETAMINOPHEN 325 mg X 4D. ENDING 1/30/2020

2ND NOTICE - SUMATRIPTAN 100 mg TAB X 18/MONTH - ENDED 1/15/2020

SEE 1/20/2020

- HOW LONG HAVE YOU HAD THIS PROBLEM?

( DURANTE CUANTO TIEPMP HA TENIDA USTED ESTA PROBLEMA?)

____DAYS (DIAS) X WEEKS (SEMANAS) ____MONTHS (MESES) ____YEARS (ANOS)

- **$2.00 CO-PAYMENT FOR SICK CALL VISIT!**

- **EL COBRO DE $2.00 POR CONSULTA MEDICA!**

X _____
SIGNATURE (FIRMA)

TRULINCS  77068065 - STACKER, PAUL HOWARD - Unit: LOF-C-A

------------------------------------------------------------------------------------------

FROM: 77068065
TO: Health Services
SUBJECT: ***Request to Staff*** STACKER, PAUL, Reg# 77068065, LOF-C-A
DATE: 01/31/2020 06:26:54 PM

To: Health Services
Inmate Work Assignment: Unassign

This is to confirm s Sick Call on 1/31/2020 at 6:30 am

"2nd sick call: On 1/15/20 I only received 10 tabs Sumatriptian of 18 per month. Please provide 8 missing tabs to fill monthly
quanity.  1st sick call presented on 1/27/2020 at 6:30am"

1/31/2020: PA Baker indicates this is an on going issue and that insufficient quanties of the drug Sumatriptan are available.

Note:  1/30/2020 6:30am pill line: Was told to be patient and that I would have a call out scheduled for Mon Febuary 3rd for
chronic care?

TRULINCS  77068065 - STACKER, PAUL HOWARD - Unit: LOF-C-A

------------------------------------------------------------------------------------------------

FROM: 77068065
TO: Health Services
SUBJECT: ***Request to Staff*** STACKER, PAUL, Reg# 77068065, LOF-C-A
DATE: 01/27/2020 07:02:36 AM

To: Health Services
Inmate Work Assignment: Unassign

1/27/2020

This to confirm a Inmate Sick Call Request submitted Monday 1/27/2020 and dated 1/20/2020.

Collected by a Ms M (Russian accent)

Complaint:   0 Refills left for Sumatriptan 100mg Tab, Max 18 tabs.  Please refil for February Rx

MISSING NUMBERING 0170
EXHIBIT 8.32

APPOINTMENT DATE_____

# INMATE SICK CALL REQUEST

### (CONSULTA MEDICA PARA CONFINADOS)

STACKER, PAUL, HOWARD

LAST NAME(APELLIDO), FIRST(PRIMERO),MIDDLE(MEDIANO)

77068-065

REGISTER NUMBER (NUMERO DE REGISTRO)

1/27/2020

DATE (FECHA)

C04-001L

UNIT (UNIDAD)

**CHECK ONE (MARQUE UNA)**    __X__ MEDICAL(MEDICO)    _____DENTAL(DENTAL)

COMPLAINT (CUAL ES SU PROBLEMA) 1/15/20 RECEIVED 10 TABS SUMATRIPTAU OF 18 PER MONTH, PLEASE PROVIDE REMAINING 8 MISSING TABS ASAP

HOW LONG HAVE YOU HAD THIS PROBLEM? (DURANTE CANTO TIEMPO HA TENIDA USTED ESTA PROBLEMA?)

12 DAYS(DIAS)    _____WEEKS(SEMANAS)    _____MONTHS(MESES)    _____YEARS(ANOS)

ARE YOU ON ANY MEDICATION? (AL PRESENTE, ESTA USTED TOMANDO ALGUNA MEDICINA?)

YES_____    NO_____

LIST (LISTA) _____

_CO-PAYMENT FOR SICK CALL VISIT IS $2.00 ( EL COBRO DE $2.00 PR CONSULTA MEDICA)_

SIGNATURE (FIRMA) _____

## ---DO NOT WRITE BELOW THIS LINE---

### APPOINTMENT/CITA

APPT/CITA_____

SIGNATURE_____

TRULINCS  77068065 - STACKER, PAUL HOWARD - Unit: LOF-C-A

--------------------------------------------------------------------------------------------------

FROM: 77068065
TO: Health Services
SUBJECT: ***Request to Staff*** STACKER, PAUL, Reg# 77068065, LOF-C-A
DATE: 01/27/2020 07:08:22 AM

To: Health Services
Inmate Work Assignment: Unassign

1/27/2020

This is to confirm a Inmate Sick Call Request submitted on Monday 1/27/2020 and dated 1/20/2020.

Received by a Ms M (Russian accent) @ 6:30am

Complaint:   1/15/2020 Received 10 Tabs Sumatriptan of 18 per month.  Please provide remaining 8 missing tabs ASAP.

Note: I will not have enough of this medication to cover remainder of a 30 day month.

SEE HCSU,
3/11/19 >25 MIGRAINES SICK CALL
3/24/19 >25 MIGRAINES SICK CALL & MALE
6/5/19 COP-OUT >25 MIGRAINS
6/22/19 BP8 NO RESPONSE
    FROM H.S.

10/1/19 COP/BP8 RELATED TO MISSING SUMATRIPTAN
    H.S. PG 2 SAYS IF HAVING MORE THAN 25 HEADACHES
    REPORT TO MEDICAL

# INMATE SICK CALL REQUEST

DATE    1/17/2020

STACKER        ,    PAUL
LAST NAME            FIRST NAME

77068-065
REGISTER NUMBER

COMPLAINT

THIS IS TO RE-AFFIRM OF HAVING 25 OR MORE MIGRAINES PER MONTH.

PREVIOUS REPORTINGS: AT INTAKE AS 15 OR MORE (2018). REPORTED 11/16/18.

REPORTED 6/24/19, AS 25 OR MORE AND REQUEST DIFFERENT PREVENTATIVE TO

NON WORKING PROPANOLOL 20mg. REPORTED TO DR DHALIWAC ON TWO

APPOINTMENTS, 25 OR MORE MIGRAINES PER MONTH OCCIPITAL NEUALGIA

HOW LONG HAVE YOU HAD THIS PROBLEM

X YEARS

X _Paul H Stic_
SIGNATURE

TRULINCS 77068065 - STACKER, PAUL HOWARD - Unit: LOF-C-A

-------------------------------------------------------------------------------

FROM: 77068065
TO: Health Services
SUBJECT: ***Request to Staff*** STACKER, PAUL, Reg# 77068065, LOF-C-A
DATE: 01/17/2020 12:43:59 PM

To: Health Services / Pinnel
Inmate Work Assignment: Unnsign

This email serves as recording a sick call visit on 1/17/2020

Contained the following information:

"This is to re-affirm of having 25 or more migraines per month.

Previous reportings: Upon Intake; reported 15 or more per month (2018).
Reported 11/16/18.
Reported 6/24/2019, as having 25 or more AND requested a different preventative for the Non-Working Propanolol 20mg.
Reported to Dr. Dhaliwal on two seperate appointments to having 25 or more migraines per month.
Also, reported Occipital Neuralgia."

See also:
8/11/19 reported > 25 migraines - sick call
8/24/19 Reported >25 migraines - Sick call email
10/5/19 Cop-Out to staff >25 migraines - Health Services did not reaspond
10/22/19 BP8 response from Health Services 'If having more than 25 headaches report to medical.

TRULINCS 77068065 - STACKER, PAUL HOWARD - Unit: LOF-C-A

TRULINCS 77068065 - STACKER, PAUL HOWARD - Unit: LOF-C-A

-------------------------------------------------------------------------------------------

FROM: 77068065
TO: Health Services
SUBJECT: ***Reqest to Staff*** STACKER, PAUL, Reg# 77068065, LOF-C-A
DATE: 10/04/2019 07:18:41 PM

To: Pinnel
Inmate Work Assignment: Unassign

Subject:    SUMATRIPTAN - Max 18 tabs. Last pick up 9/20/19:  only received  9 tabs.

I have tried the pill line two times and one sick call for a balance refill on my Sumatriptan. I'm allowed 18 per month and only received 9 nine tabs on 9/20/2019.
This also happened in August, with the results that I suffered towards the end of a month without any provided medication.

I currently suffer from greater than (> 25) migraines per month, and often cut the 100mg tab in half to make ends meet.
At times these migraines get so severe as to cause me to vomit and then not be able to use even the tabs; I have already been restricted from receiving Imitrex injections during these times.

I'm suffering from Occipital Neuralgia and am waiting for the BOP to provide me with neck injections from a Neurologist. This condition also escalates my number and severity of migraines.

TRULINCS 77068065 - STACKER, PAUL HOWARD - Unit: LOF-C-A

993014-R1
FCC Lompoc

This is in response to your Administrative Remedy Appeal of the Warden's decision dated November 21, 2019. You allege medical negligence and delayed treatment of your medical condition. Specifically, you claim you are a 66 year old male who suffers from migraines, occipital neuralgia, gastroesophageal reflux, chronic kidney disease, and a previous rotator cuff tear. As relief, you are requesting an occipital nerve block, a special mattress without a built-in pillow, and $150,000.00 for pain and suffering.

Your appeal has been investigated. A thorough review of your medical record was performed. You are enrolled in Chronic Care Clinics (CCC) for Neurology, Mental Health, Gastrointestinal, and Orthopedic/Rheumatology concerns. On August 15, 2018, you self-surrendered to FCC Lompoc and had been prescribed Hydrocodone, as well as, injectable and oral Sumatriptan for migraine treatment. You were detoxified from Hydrocodone and Clonazepam and placed on prophylaxis treatment of migraines, which consisted of Sumatriptan injections and Propranolol. Our review revealed your condition has been monitored through CCC, Sick Call, Follow-Up, Diagnostic, and Consultant encounters. As noted in the Warden's response, you have been referred to a Pain Management Specialist for evaluation (non-emergent). Unfortunately, post approval of your consultation, the Coronavirus pandemic was declared a national emergency. This declaration encourages hospitals to free up resources for emergent care needed for those suffering from COVID-19. This lead to community clinics and hospitals making the decision to postpone or reschedule medical care until after the pandemic has resolved. If you experience new or increased symptoms prior to your next scheduled appointment, notify Health Services for further evaluation to include possible change in the priority assignment of your consultation. Due to the current National Pandemic, the process for signing up for Sick Call and accessing care for urgent medical/dental needs may vary and local procedures should be followed.

The Bureau of Prisons takes allegations of staff misconduct seriously. All staff are held to a high standard of treating inmates fairly, impartially and humanely. Staff misconduct allegations are reviewed, and, if a determination is reached that an investigation is warranted, it is referred to the proper investigating authority. However, information concerning staff conduct and performance is protected by the Privacy Act, 5 U.S.C. §552(a). In addition, please be advised, the Administrative Remedy process does not provide for monetary compensation. If you seek monetary compensation, you must file a Claim for Damage, Injury or Death under the provisions of the Federal Tort Claims Act, 28 U.S.C. 2671, et seq. You may obtain the appropriate form from your unit staff.

Based on the above, it was determined your medical care is ongoing and is in accordance with Bureau of Prisons Guidelines. We concur with the manner in which the Warden responded to your concerns at the time of your Request for Administrative Remedy. Accordingly, this response is for informational purposes only. If dissatisfied with this response, you may appeal to the Office of the General Counsel, Bureau of Prisons, 320 First Street, NW, Washington, D.C. 20534. Your appeal must be received in the General Counsel's office within 30 calendar days of the date of this response.

6/24/20
Date

Gene Beasley, Regional Director

Mr. Stacker did not receive his medication from 8/15/2018 through about 8/23/2018 ( exhibit – slip of paper ), before receiving his sumatriptan tablets.

On or about 10/30/2018, Mr. Stacker was violently attacked and strangled by a 'C' dorm inmate. Both Mr. Stacker and the offending inmate were punished and placed in a special housing unit (SHU). During this time, Mr. Stacker was not given his sumatriptan tablets, because and as told by the attending nurse, you are not allowed an "as needed "drug. During these approximately nine days, Mr. Stacker was able to convince the medical staff personnel on two different dates to receive two Imitrex injections. (This should have set precedent for later when in 'K' dorm for 4 to 5 days he contacted health services for Imitrex injections whereupon Mr. Wong informed Mr. Stacker that Dr. Dhaliwal denied his request for Imitrex Injections (exhibit piece of paper document). Note, that the head nurse said shots were expensive and only allowed one per week at most.

Note, might include, from SHU was not placed back in the 'C' House like the offending inmate attacker, but rather placed in what was called the "Dog House", D dorm.  Here he was threatened by the Pisa inmates were upon Mr. Stacker asked Mr. Magana for a " hard move". Mr. Stacker was then moved to the 'K' dorm.
Please note Mr. Stacker was forced into these moves in spite of a assumed torn rotator cuff. Later moved back to the 'C' House under threat of a SHOT (incident report) or SHU, moving him without assistance, and re-traumatizing his left hand and right rotator cuff.  ( follow via grievance on "the fall" and cop out to staff for swollen left hand)

Mr. Stacker continued his grievance process with request through staff.
- results from a cop out, which took over a month for health services to respond, indicated that he could either have Injections or pills but not both! Exhibit on BP8 and BP9?.  This is contrary to medical protocol.

Over the approximately 20 months, Mr. Stacker filed six calls for missing and insufficient sumatriptan tablets, eventually involving Mrs. Stacker and others, to use " inmate concerns," an online electronic submission. Also, due to Mr. Stacker not receiving overall medical treatments, congressman Mr. DeFazio was contacted by Mrs. Stacker. Mr. DeFazio ordered full medical documents to be sent to Congress for review.

Mr. Stacker has copious daily written notes of his daily struggles with migraines and sporadic medications. These are contained in a medical journal, personal diary, and other documents - which will be submitted at the time of trial.

Mr. Stacker became so depressed from constant pain that he sought out the services of the psychiatry department. The doctor there attempted intervention to have health services rendered needed sumatriptan tablets. ( can add exhibits here ).

Repeatedly health services gave Mr. Stacker half amounts of prescriptions and missing whole monthly supplies causing Mr. Stacker to yet again to submit a BP8 and BP9, forcing health services to provide medications.

Covid hits – – upon Covid testing, Mr. Stacker was found to test negative and was immediately removed from the low at Lompoc to the medium SHU.

Mr. Stacker was not allowed to have his medications with him during the move, and the one sumatriptan tablet which he carried with him, was taken. Inmates were told their personal belongings, including all Mr.

Sequence of Events                                                                    2

Stacker's medications, will follow with him to the medium. Once again, it was several days before medications were provided.

Because of Mr. Stacker's medical complications and unprovided medical interventions, Mr. Stacker was granted a compassionate release.

At the time of submission of this partial discovered details, Mr. Stacker has received his Occipital neuralgia Injections two times and scheduled for a third, all in the timeframe of a year under home confinement to complete his sentence time.

Supporting documentation –

- The narrative of when violent migraine happened paper/letter .

- Fog brain paper

- The United States Constitution to receive medical care and amounting to torture.

- United Nations prisoner medical care

- ACLU lawsuit

- article of blind inmate not receiving tramadol.

- article of guy who sued and won?

Closing

It is clearly apparent through Mr. Stacker's various BP8, BP9, BP 10, and BP 11, that no treatment remedies were offered.

Note here response from regional where they state that I was in fact receiving migraine injections. Exhibit 8. ?

Closing info for constitutional rights violated:

- Include:

United Nations standard minimum rules – treatment of prisoners:

Health care services:

Prisoners should enjoy the same standards of healthcare that are available in the community. And should have access to necessary health – care services free of charge without discrimination on the grounds of their legal status.
- all prisoners shall ensure prompt access to medical attention in urgent cases. Prisoners who require specialized treatment or surgery shall be transferred to specialized institutions or to civil hospitals.

Sequence of Events                                                                    3


End of this section

.....................

Sequence of Events                                                                    3

Mr. Stacker's migraines can often involve vomiting. One of the sumatriptan tablet cannot effectively dissolve and be absorbed because of vomiting, the logical intervention at a hospital, or in Mr. Stacker's case at home, a sumatriptan injection, is the only way to stop the vomiting a decrease or eliminate the migraine attack.

Within Mr. Stacker's attempt to receive this injection, grievance number 993014 – R1, regional states "... which consisted of sumatriptan Injections and propranolol".   EXHIBIT INJECTIONS.1

As previously stated by Mr. Stacker,, he only had received two sumatriptan Injections while remanded to the special housing unit after being attacked by another inmate. His medication's to not immediately follow and he was completely denied sumatriptan tablets and told he couldn't have "as needed "medication's.

Intervention was established when Mrs. Stacker,, fearing something was wrong due to no contact via phone or letters, contacted Lompoc. Because of this outside concern, the head nurse finally request (so) and provided Mr. Stacker, with the requested medication just before being released from the SHU. This can be confirmed through the BEMR. Accordingly, Mr. Stacker, was charged two dollars for a sick call visit. Recall that Mr. Stacker, was chronic care level two, and established medical medication upon self surrender, should have been provided at zero cost. No other charges related to Mr. Stacker's medical needs were ever charged.

The entire missing sumatriptan injections were submitted as far as reasonable response grievance number 993014 – R1, to which multiple copies were provided and to which you have access to confirm his struggles to receive his injections: and again incorrectly stating he was in fact, by original letter response, not receiving these injections when needed and requested. The only two injections that Mr.

Sumatriptan Injections

2

Stacker, received while in the SHU sets precedence for future sumatriptan injections when needed, but

were never given when requested.

INJECTIONS, 2

Exhibit.        Dated February 8, 2019, when Mr. Stacker,, now better understanding the grievance legal

process, did start proceeding with a BP8.


Response to the submitted BP8, From staff to health services where Mr. Stacker, continued his fight to

obtain migraine injections, was informed that he could only have either pills or Injections but not access to

both. Again be BEMR records should contain this communication and Mr. Stacker, retains in his records,

the response from health services.

However, what is not addressed in health services response, what is the fact that one sumatriptan

injection could only be allowed once a week. This was confirmed by head nurse attending Mr. Stacker,

while he was confined (without the requested medication) in the SHU.

993014-R1

FCC Lompoc

This is in response to your Administrative Remedy Appeal of the Warden's decision dated November 21, 2019. You allege medical negligence and delayed treatment of your medical condition. Specifically, you claim you are a 66 year old male who suffers from migraines, occipital neuralgia, gastroesophageal reflux, chronic kidney disease, and a previous rotator cuff tear. As relief, you are requesting an occipital nerve block, a special mattress without a built-in pillow, and $150,000.00 for pain and suffering.

Your appeal has been investigated. A thorough review of your medical record was performed. You are enrolled in Chronic Care Clinics (CCC) for Neurology, Mental Health, Gastrointestinal, and Orthopedic/Rheumatology concerns. On August 15, 2018, you self-surrendered to FCC Lompoc and had been prescribed Hydrocodone, as well as, injectable and oral Sumatriptan for migraine treatment. You were detoxified from Hydrocodone and Clonazepam and placed on prophylaxis treatment of migraines, which consisted of Sumatriptan injections and Propranolol. Our review revealed your condition has been monitored through CCC, Sick Call, Follow-Up, Diagnostic, and Consultant encounters. As noted in the Warden's response, you have been referred to a Pain Management Specialist for evaluation (non-emergent). Unfortunately, post approval of your consultation, the Coronavirus pandemic was declared a national emergency. This declaration encourages hospitals to free up resources for emergent care needed for those suffering from COVID-19. This lead to community clinics and hospitals making the decision to postpone or reschedule medical care until after the pandemic has resolved. If you experience new or increased symptoms prior to your next scheduled appointment, notify Health Services for further evaluation to include possible change in the priority assignment of your consultation. Due to the current National Pandemic, the process for signing up for Sick Call and accessing care for urgent medical/dental needs may vary and local procedures should be followed.

The Bureau of Prisons takes allegations of staff misconduct seriously. All staff are held to a high standard of treating inmates fairly, impartially and humanely. Staff misconduct allegations are reviewed, and, if a determination is reached that an investigation is warranted, it is referred to the proper investigating authority. However, information concerning staff conduct and performance is protected by the Privacy Act, 5 U.S.C. §552(a). In addition, please be advised, the Administrative Remedy process does not provide for monetary compensation. If you seek monetary compensation, you must file a Claim for Damage, Injury or Death under the provisions of the Federal Tort Claims Act, 28 U.S.C. 2671, et seq. You may obtain the appropriate form from your unit staff.

Based on the above, it was determined your medical care is ongoing and is in accordance with Bureau of Prisons Guidelines. We concur with the manner in which the Warden responded to your concerns at the time of your Request for Administrative Remedy. Accordingly, this response is for informational purposes only. If dissatisfied with this response, you may appeal to the Office of the General Counsel, Bureau of Prisons, 320 First Street, NW, Washington, D.C. 20534. Your appeal must be received in the General Counsel's office within 30 calendar days of the date of this response.

6/24/20
_____
Date

_____
Gene Beasley, Regional Director

*COPY #4*

*DENIAL MUST BE GIVEN TO MEDICAL*

SUBMITTED MEDICAL. SUBMITTED NEW COP-OUT TO MEDICAL ON 3/12/19. GAVE COPY OF MEDICAL COP-OUT TO MS HIATT ON 5/3/19. TOLD TO SEE HER 5/10/19 FRI

BP-A0148
JUNE 10

**INMATE REQUEST TO STAFF** CDFRM

* SERVES AS EVIDENCE UNTIL I GET MY COPY BACK

U.S. DEPARTMENT OF JUSTICE                   FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) A. DIAZ COUNSELOR / C. HIATT UNIT MANAGER | DATE: FEB 8 2019 |
|---|---|
| FROM: PAUL HOWARD STACKER | REGISTER NO.: 77068-065 |
| WORK ASSIGNMENT: UNASSIGNED | UNIT: C04-001L |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request. NEED MEDICAL APPROVAL *(SEE BELOW CONDITION GRANTED) AND AVAILABILITY

TO MY IMITREX INJECTIONS,

I HAVE REQUESTED THIS NUMEROUS TIMES BOTH VIA SICK CALLS AND PILL LINE

REQUESTS FOR OVER 4 MONTHS. INJECTION NEEDED WHEN I CAN NOT HOLD DOWN TABLETS

* APPROVAL WAS GRANTED WHILE IN THE SHU AND TWICE I WAS GIVEN THE IMITRIX INJECTION.

THIS/THESE INJECTIONS NECESSARY WHERE PART OF THE MEDICAL DOCUMENTS SENT BEFORE MY INTAKE AT LOMPOC MEDICAL FACILITY.

CC. LAW OFFICE OF TERRI WOOD

CC. CHRISTINE L. STACKER          (Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate

PDF                    Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR Privacy FOLDER          **SECTION 6**

Progression of major events                                                              1

Denied proposed occipital Injections.

Causing more migraines daily

Denied Imitrex injections when vomiting and no pills could be held down.

Precedents – received two Imitrex injections while in SHU.

- Dr. Dhaliwal denied Injections over a four day plea to health services. Wong entries. Even though

precedence was established.

Regional response to "the Neck", - indicated that Mr. Stacker, was receiving injections. He in fact was not.

Exhibit ( my scratch notes)

- After being granted to be seen by a different doctor, Dr. Watson immediately found the neurological

need for epidural injections and promptly made request to  BOP.

Conclusion and completion

- it is apparent that Mr. Stacker's civil and constitutional rights were violated.

Progression of major events                                                    2

Include precedents of blind person getting drug

Find on iPhone article on BOP and the use of narcotics in prison.

Submissions of:

Calendars

Medical diary

Personal diary

If needed, letters to Mrs. Stacker,

Depositions from inmates and public awareness of attempted intervention via email concerns Mrs.

Stacker.

Covid;

Block out start of grievances, continued CFR and other medical conditions and finally no access to legal

papers.

What is this truth the word Mr. Stacker's efforts to continue his legal work?

While at the FCI Mr. Stacker, was not afforded the luxury of any legal resources or copy machine.

Progression of major events                                                                3

When Mr. Stacker, was remanded to the medium for being negative Covid tested, he was not allowed into

the medium resource area, had no access to Commissary to buy copy cards for the copy machine.

Staff refused to do copy work even though it was legal work.

EXHIBITS:

PROGRESSION OF MAYOR EVENTS.1

PROGRESSION OF MAYOR EVENTS.2

TRULINCS  77068065 - STACKER, PAUL HOWARD - Unit: LOF-C-A

--------------------------------------------------------------------------------------------

FROM: 77068065
TO: Health Services
SUBJECT: ***Request to Staff*** STACKER, PAUL, Reg# 77068065, LOF-C-A
DATE: 02/26/2020 02:29:22 PM

To: Health Services
Inmate Work Assignment: Unassigned

This is to confirm a COP OUT delivered on 2/25/2020.

Delivered to Ms Mishchenko and dated 2/25/2020 at 6:30am containing the following:

Requesting 'Reading' of report from Neurosurgeon med trip of September 12, 2019 and any/all recommendations from Dr. Park for 'cervical neck pain' control.

Experiencing greater chronic pain of levels often 8-9 on scale of 10, and disturbed sleep patterns.

Asking for further chronic pain control.

FCC 1330.17b
June 4, 2013
Attachment 1

**INFORMAL RESOLUTION**          DATE:      05-03-2019

INFORMAL RESOLUTION INSTRUCTIONS:  STAFF MUST COMPLETE AND ATTACH THE
ORIGINAL OF THIS FORM TO EACH BP-9, WHEN THE COMPLAINT CANNOT BE INFORMALLY
RESOLVED.  THE BP-9 WILL NOT BE ACCEPTED WITHOUT THIS COMPLETED FORM, EXCEPT
THOSE APPEALING UDC/IDC ACTIONS.  INFORMAL RESOLUTION FORMS WILL NEVER BE
GIVEN TO THE INMATE TO COMPLETE.

NAME:  Stacker, Paul          REG. NO.:  77068-065          UNIT:  B

DATE BP-9 REQUESTED:  5.10.19

DATE BP-9 ISSUED  :  5.10.19

DATE BP-9 RETURNED :

I. INMATE COMPLAINT:

COMPLAINT: OVER 5 MONTHS ASKING FOR MY IMITREX INJECTIONS BE MADE
AVAILABLE WHEN NEEDED.
- I RECEIVED THESE INJECTIONS WHEN IN SPECIAL HOUSING UNIT, SO APPROVED.
- I SUFFER MIGRAINE WITH VOMIT, WHEN I CAN NOT HOLD DOWN PILLS, I NEED
  THESE INJECTIONS WHEN THIS HAPPENS.
- THIS MEDICATION WAS LISTED ON MY INTAKE, LAWYER SENT MEDICAL RECORDS.

RELIEF REQUESTED:
- IM ASKING THAT IMITREX INJECTIONS BE MADE AVAILABLE WHEN MY
  SEVERE MIGRAINES PREVENTS ME THE TAKING OF PILLS.

ACTION TAKEN TO INFORMALLY RESOLVE COMPLAINT:

CORRECTIONAL COUNSELOR:  A. Diaz                DATE: 5/9/19
UNIT MANAGER'S COMMENTS/ASSISTANCE:
Your request was emailed to the Health Services department regarding the concerns.  According to Health
Services:

Inmate can only be on the tab or have injectable.   He is currently on the tabs so therefore he cannot have the
injectable.  If he wishes to have the injectable he will have to go the sick call and let them know that he wants to change
the form of the medication.

UNIT MANAGER:  C. Hiatt                DATE: 5/9/19

Missing neck cervical collar, AKA, neck brace

As already discussed, Mr. Stacker, arrived at Lompoc FCI wearing his neck brace. This was noted by his neurologist incoming hand carried medical necessary requirements and as noted by health services. This brace was critical for proper alignment for night time wear as well as times when he was having additional tired neck pain.

Exhibit – Chrono ⸎ 1

On or about May, four, 2020, Mr. Stacker, was instructed to place his personal items in a bag and ensure that his possessions would soon follow. These items also included his medications, which we have discussed with this discovery.

When at the medium SHU, Mr. Stacker, inquired multiple times to health services for his neck brace but he was ignored. Mr. Stacker, did not have his personal possessions returned for over a month to which he continue to suffer from lack of neck pain relief. The additional neck pain contributed to his migraines attacks.

Mr. Stacker, has a slipped access off his atlas, which was noted and confirmed during his medical attendance to a neurosurgeon and as delineated in his BEMR records.

EXHIBIT CHRONO. 1
MISSING NECK CERVICAL COLLAR

# Bureau of Prisons
## Health Services
### Medical Duty Status

Reg #:  77068-065                    Inmate Name:  STACKER, PAUL HOWARD

## Housing Status

___ confined to the living quarters except ___meals ___pill line ___treatments    Exp. Date: _____

___ on complete bed rest: ___bathroom privileges only    Exp. Date: _____

X cell: X cell on first floor ___single cell X lower bunk ___airborne infection isolation  Exp. Date: 05/29/2021

___ other: _____    Exp. Date: _____

## Physical Limitation/Restriction

___ all sports    Exp. Date: _____

___ weightlifting: ___upper body ___lower body    Exp. Date: _____

___ cardiovascular exercise: ___running ___jogging ___walking ___softball    Exp. Date: _____
___ football ___basketball ___handball ___stationary equipment

___ other: _____    Exp. Date: _____

## May have the following equipment in his / her possession:

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Eye Glasses | 08/15/2018 | | |
|   Reading glasses | | | |
|   Rx sunglasses | | | |
| Brace - neck | 08/15/2018 | 05/29/2021 | |
|   C2-C7 joints issues unable to obtain surgery | | | |

## Work Restriction / Limitation:

Cleared for Food Service:  Yes _____

X No Restrictions

Comments:  CARE LEVEL 2

_____    Hoen, Liza PA-C    _____    05/29/2020
Health Services Staff                                                                                        Date

Inmate Name: ___ STACKER, PAUL HOWARD ___    Reg #:  77068-065   Quarters:  M03

ALL EXPIRATION DATES ARE AT 24:00

August 31, 2021

United States District Court

Office of the Court Clerk

Enclosed please find my money orders in the following amounts: $350.00. $50.00, and $2.00. This covers the $402.00 requested filing fees.

There must have been an increase in filing fees needed over the past year, as it is different than the described fees stated in packet sent me last year. See attached.
Sorry for any inconvenience on my part.

I enclose a SASE to send me the case number associated with this civil case submission. You may also use this for any other matters of which I am not aware.

Here is my phone number in case you need a credit card payment for any additional fees of which I may not be aware.

Thank you for your time in this matter.

Paul Stacker
4425 thunderbird Street
Eugene, OR 97404

(458) 239-1825

: Information obtained from a court clerk employee identified as Chris, pertaining to court filing fees.

POSTAL MONEY ORDER

Serial Number

27118235531

Year Month Day    Post Office    U.S. Dollars and Cents

Three Hundred Fifty Dollars and 00/100 ***********    $350.00

009805

Clerk  33

Pay to
OFFICE OF THE CLERK

Address  255 EAST TEMPLE ST RM 180

Los Angeles, CA 90012

Memo  FILING FEES

From  PAUL H. STACKER

Address  4425 THUNDERBIRD STREET

EUGENE, OREGON  97404

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

1:00000800 2l:    27118235531



Serial Number

27118235542

POSTAL MONEY ORDER

Year Month Day    Post Office    U.S. Dollars and Cents

2021-03-09    097404

Fifty Dollars and 00/100 ****************************    $50.00

009806

Clerk  33

Pay to
OFFICE OF THE CLERK

Address  255 EAST TEMPLE ST

RM 180  LOS ANGELES CA 90012

Memo  FILING FEES

From  PAUL H. STACKER

Address  4425 THUNDERBIRD ST

EUGENE, OR  97404

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

1:00000800 2l:    27118235542



Serial Number

27118235981

POSTAL MONEY ORDER

Year Month Day    Post Office    U.S. Dollars and Cents

2021-03-31    097404

Amount  Two Dollars and 00/100 ***************************    $2.00

Clerk  33

Pay to
OFFICE OF THE CLERK

Address  255 EAST TEMPLE ST

RM 180  LOS ANGELES CA 90012

Memo  COURT FILING FEES

From  PAUL STACKER

Address  4425 THUNDERBIRD ST

EUGENE, OR  97404

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

1:00000800 2l:    27118235981

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR FILING A CIVIL RIGHTS COMPLAINT BY A PRISONER
LOCATED IN A FACILITY NOT PARTICIPATING IN THE COURT'S PILOT PROJECT
FOR THE SUBMISSION OF COMPLAINTS THROUGH ELECTRONIC MAIL**

This package includes the following documents:

4 copies - Complaint form
4 copies- Declaration to proceed without prepayment of filing fees

In order for your complaint to be filed, you must submit the original and two copies of **both** the complaint and declaration to the Clerk. The remaining copy of each is for you to keep for your records. Your complaint must be typewritten or legibly handwritten in ink. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space to answer a question, you must use the reverse side of the form or an additional blank page. You must file a separate complaint for each claim unless they are all related to the same incident or issue. You are required to allege facts, not legal arguments or authorities.

## FILING FEES

### Payment of filing fee required

The filing fee is $350 plus a $50 administrative fee, for a total of $400. However, in accordance with 28 U.S.C. § 1915, if your Request to Proceed Without Prepayment of Filing Fees is granted, you will be obligated to pay only the filing fee of $350, and not the $50 administrative fee. If you have the money to pay the filing fee, you should submit a cashier's check, certified bank check, business or corporate check, government issued check, or money order drawn on a major American bank or the United States Postal Service, payable to the *Clerk of Court* and mail it with your complaint to the address listed on page 2 of these instructions. The Clerk's Office will also accept credit cards (Mastercard/Visa, Discover, American Express) for filing fees and miscellaneous fees. Credit card payments may be made at all payment windows where receipts are issued.

### Request to pay filing fee in monthly installments

If you do not have the money to pay the full filing fee, you must complete the Request to Proceed Without Prepayment of Filing Fees with Declaration in Support ("Request"). The Request must be returned to the Court with your complaint. **NOTE: You must have a prison or jail official complete the Certification Section of the Request and attach to the Request a certified copy of your prison or jail trust account statement for the six months immediately preceding the filing of the complaint. If you submit an incomplete Request or do not submit a prison or jail trust account statement with the Request, your request to proceed without prepayment of the filing fees may be denied.**

### Initial partial filing fee assessment

If your Request to Proceed Without Prepayment of Filing Fees is granted, the Court will assess an initial partial filing fee at the time your action is filed. The initial partial filing fee will be equal to 20% of the average monthly deposits to your prison or jail account for the six months immediately preceding the filing of the action, or 20% of the average monthly balance in your prison or jail account for that same six month period, whichever is greater. The Court will order the agency that has custody of you to take that initial partial filing fee out of your prison or jail account as soon as funds are available and forward the money to the Clerk of Court.

### Collection of balance of filing fee

After the initial partial filing fee has been paid, you will owe the balance of the filing fee. Until the amount of the filing fee is paid in full, each month you will owe 20% of your preceding month's income toward the balance. The agency that has custody of you will collect that money and send payments to the Clerk of Court any time the amount in your account exceeds $10.00.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International... Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.

U.S. POSTAGE PAID
PM
EUGENE, OR
97404
SEP 02 21
AMOUNT
$14.75
R2305M148055-33

UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

PRIORITY® MAIL ★

FROM:

PAUL STACKER
4425 THUNDERBIRD STREET
EUGENE, OR 97404

RECEIVED
SEP - 7 2021
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO:
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET
RM 180
LOS ANGELES, CALIFORNIA
90012

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE

7021 0950 0002 2528 3507

PRIORITY® MAIL

010665

...fied for domestic use.
...lude up to $50 of insurance (restrictions apply).*
...domestic and many international destinations.
...e.**

010666

...customs declaration form is required.

...s. For details regarding claims exclusions see the
...c.com.
...://pe.usps.com for availability and limitations of coverage.

010667

RETURN RECEIPT REQUESTED

...VELOPE

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

...SURED

EP14F May 2020